# Ronit Notarized Translation Services

*Hebrew to English & English to Hebrew*

22 Aselin Drive
Spring Valley, NY 10977

Telephone (845)371-0884
Fax      (845)371-0884

EMBLEM

**STATE OF ISRAEL**                                    **OFFICE OF RELIGIOUS SERVICES**

## MARRIAGE CERTIFICATE NO. 2283317

| PERSONAL DETAILS | THE HUSBAND | THE WIFE |
|---|---|---|
| THE COUPLE : FAMILY NAME | FELBERBAUM | ROZENTAL |
| LAST NAME FOLLOWING MARRIAGE | FELBERBAUM | FELBERBAUM |
| FIRST NAMES | JACOB | PERL |
| THE RELIGIOUS CONGREGATION | JEWISH: COHEN/LEVI/ISRAEL | JEWISH |
| DATE OF BIRTH | JANURAY 18, 1984 | JANUARY 07, 1984 |
| RECENT PROFESSION | YESHIVA SCHOLAR | SECRETARY |
| PLACE OF RESIDENCE PRIOR TO MARRIAGE | UNITED STATES, MONSEY | 39 EZRA STREET, BNEI BRAK |
| I.D. NO | AMERICAN PASSPORT 471199001 | 039318001 |
| THE PARENTS LAST & FIRST NAMES OF THE FATHER | FELBERBAUM YESHUA FALK | HOROVITZ ISRAEL |
| LAST & FIRST NAMES OF THE MOTHER | FELBAERBAUM CHANA ATIA | HOROVITZ ESTHER |
| FATHER'S RESIDENCY | UNITED STATES | BNEI BRAK |
| MOTHER'S RESIDENCY | UNITED STATES | BNEI BRAK |
| FATHER'S PROFESSION | COMPUTERS | COLLECTOR |
| MOTHER'S PROFESSION | HOUSEWIFE | HOUSEWIFE |
| THE WITNESSES FAMILY NAME & FIRST NAMES | ISRAEL AMRAM DAVIDOWITZ | YITZCHAK YOSEF WEISS |
| PROFESSION | | |

I hereby certify that the marriage ceremony of the above couple took place in **BNEI BRAK** on the **5RD.** day on the month of
**CHESHVAN** to the year **of TASHA"B** Gregorian date **NOVEMBER 02, 2011 .** And registered in the Rabbinical Bureau of
**BNEI BRAK**

Signature of Delegated Rabbi: <u>On file.</u>          Stamp: <u>On file</u>     Pictures of the couple: <u>on file</u>

**CERTIFICATE OF TRANSLATION:**
Upon penalty of perjury, I hereby certify that I am conversant in the Hebrew and English languages and that the foregoing
is a true and correct translation from Hebrew into English.

Name and address of translator
Lior Karni, 22 Aselin Drive,
Spring Valley, NY 10977

Sworn to before me Lior Karni this
_ day of _, 2013
to me known to be the individual described
in and who executed the forgoing instrument and
acknowledged that he executed the same.

TRANSLATOR SIGNATURE

NOTARY PUBLIC

NOTARY
PUBLIC



מדינת ישראל - המשרד לשירותי דת

# תעודת נישואין

מס' 2283317

| ה א ש ה | ה ב ע ל | פרטים אישיים |
|---|---|---|
| רוזנטל | פלברבוים | ה ז ו ג<br>שם המשפחה |
| פלברבוים | פלברבוים | * שם המשפחה לאחר הנישואין |
| פרל | יעקב | השמות הפרטיים |
| יהודיה | יהודי<br>כהן / לוי / ישראל | העדה (הדתית) |
| 07/01/1984 | 18/01/1984 | תאריך הלידה |
| מזכירה | בן ישיבה | משלח היד |
| בני ברק עזרא 39 | ארה"ב מונסי | מקום המגורים |
| 039318001 | ד. אמריקאי 471199001 | טיס הזהות |
| הורוביץ ישראל | פלברבוים יהושע פאלק | ה ה ו ר י ם<br>שם המשפחה והשמות הפרטיים של האב |
| הורוביץ אסתר | פלברבוים חנה עטיא | שם המשפחה והשמות הפרטיים של האם |
| בני ברק | ארה"ב | מקום מגורי האב |
| בני ברק | ארה"ב | מקום מגורי האם |
| גבאי | מחשבים | משלח ידו של האב |
| ע"יב | ע"יב | משלח ידה של האם |
| יצחק יוסף ויס | ישראל עמרם דוידוביץ | ה ע ד י ם<br>שם המשפחה והשמות הפרטיים |
| | | משלח הידי |

הריני מאשר בזה כי הנישואין של הזוג הנ"ל נערכו ב ____ בני ברק

מקום החופה

יום ____ ה' ____ לחודש ____ חשוון ____ ב ____ שנת תשע"ב

**בני ברק**

נרשמו בלשכת הרבנות ____

מקום הרבנות

02/11/2011

תאריך לועזי



חתימת הרב המוסמכה





* בהתאם לסעיף 6 לחוק השמות, התשט"ו - 1956.