# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## CERTIFICATE OF BIRTH REGISTRATION

DATE FILED: NOVEMBER 12, 2015 10:17 PM

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

### CERTIFICATE OF BIRTH

CERTIFICATE NO. 156-15-102636

1. NAME OF CHILD (First, Middle, Last): Moshe Felberbaum
2. SEX: Male
3a. NUMBER DELIVERED of this pregnancy: 1
3b. If more than one, number of this child in order of delivery: ****
4a. DATE OF CHILD'S BIRTH: November 09, 2015
4b. Time: 03:38 AM
5. PLACE OF BIRTH
5a. NEW YORK CITY BOROUGH: Manhattan
5b. Name of Hospital or other facility: NYU Langone Medical Center-Tisch
5c. TYPE OF PLACE: ☒ Hospital
Home Delivery: Planned to deliver at home? ☒ No

6a. MOTHER/PARENT'S NAME (Prior to first marriage) (First, Middle, Last) SEX ☒ F: Perl Horovitz
6b. MOTHER/PARENT'S DATE OF BIRTH: 01 / 07 / 1984
6c. MOTHER/PARENT'S BIRTHPLACE: Israel

7. MOTHER/PARENT'S USUAL RESIDENCE
a. State: NY
b. County: Rockland
7c. City or town: Monsey
7d. Street and number: 185 Park Lane
Apt. No.: 
ZIP Code: 10952
7e. Inside city limits of 7c?: No

8a. FATHER/PARENT'S NAME (Prior to first marriage) (First, Middle, Last) SEX ☒ M: Jacob Felberbaum
8b. FATHER/PARENT'S DATE OF BIRTH: 01 / 18 / 1984
8c. FATHER/PARENT'S BIRTHPLACE: Brooklyn, NY

No Correction History.

9a. NAME OF ATTENDANT AT DELIVERY: John Michael Migotsky ☒ M.D.
9b. I CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE PLACE, DATE AND TIME GIVEN ☒ Hosp. Admin.
Signed: Rosemarie Cook (Signature Electronically Authenticated)
Name of Signer: Rosemarie Cook
Address: 560 First Avenue New York, New York 10016
Date Signed: November 12, Year – yyyy 2015

Mother/Parent's Current Legal Name (First, Middle, Last): Perl Felberbaum
Address: 185 Park Lane   Apt. ****
City: Monsey   State: NY   ZIP: 10952

Above is a Certificate of Birth Registration for your child, which is sent without charge. The Department of Health and Mental Hygiene does not certify to the truth of the statements made herein, as no inquiry as to the facts has been provided by law. See reverse side for information on how to correct a birth record.

Este es el registro del certificado de nacimiento de su niño (a), se le ha mandado gratis. El Departamento de Salud no certifica la veracidad de la información en el certificado, así que ninguna investigación sobre los hechos ha sido prevista por la ley. Vea al lado reverso la información para corregir un certificado de nacimiento.

Bill de Blasio — MAYOR
Mary T. Bassett — COMMISSIONER OF HEALTH AND MENTAL HYGIENE
Steven P. Schwartz — CITY REGISTRAR

The City of New York

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.



G 0 0 7 6 8 4 7 8

November 17, 2015

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

### CERTIFICATE OF BIRTH REGISTRATION

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CERTIFICATE OF BIRTH**

DATE FILED: MAY 07, 2014 02:55 PM

CERTIFICATE NO. 156-14-038489

1. NAME OF CHILD (First, Middle, Last): **Blima Felberbaum**
2. SEX: **Female**
3a. NUMBER DELIVERED of this pregnancy: 1
3b. If more than one, number of this child in order of delivery: ****
4a. DATE OF CHILD'S BIRTH: May 01, 2014
4b. Time: 10:36 [X] AM [ ] PM
5. PLACE OF BIRTH:
   - 5a. NEW YORK CITY BOROUGH: Manhattan
   - 5b. Name of Hospital or other facility: The Mount Sinai Hospital
   - 5c. TYPE OF PLACE: [X] Hospital [ ] Freestanding Birthing Center [ ] Clinic/Doctor's Office [ ] Home Delivery [ ] Other-specify
6a. MOTHER/PARENT'S NAME (Prior to first marriage) (First, Middle, Last) SEX __M [X] F: **Perl Horovitz**
6b. MOTHER/PARENT'S DATE OF BIRTH: 01 / 07 / 1984
6c. MOTHER/PARENT'S BIRTHPLACE: Israel
ZIP Code: 10952
7e. Inside city limits of 7c? Yes [X] No
7. MOTHER/PARENT'S USUAL RESIDENCE:
   - a. State: NY
   - b. County: Rockland
   - 7c. City or town: Monsey
   - 7d. Street and number: 185 Park Lane   Apt. No.
8a. FATHER/PARENT'S NAME (Prior to first marriage) (First, Middle, Last) SEX [X] M __F: **Jacob Felberbaum**
8b. FATHER/PARENT'S DATE OF BIRTH: 01 / 18 / 1984
8c. FATHER/PARENT'S BIRTHPLACE: Brooklyn, NY

No Correction History

9a. NAME OF ATTENDANT AT DELIVERY: Victor M. Grazi [X] M.D. [ ] D.O. [ ] Lic. Midwife [ ] Other-Specify [ ] RPA [ ] R.N.
9b. I CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE PLACE, DATE AND TIME GIVEN
Signed: *Anastasia Stekas* (Signature Electronically Authenticated)
Name of Signer (Type or Print): Anastasia Stekas
[ ] M.D. [ ] D.O. [X] Hosp. Admin. [ ] Lic. Midwife [ ] Other-Specify [ ] RPA [ ] R.N.
Address: One Gustave L. Levy Place   New York, New York 10029
Date Signed: May 07, Year-yyyy 2014

Mother/Parent's Current Legal Name (First, Middle, Last): **Perl Felberbaum**
Address: 185 Park Lane   Apt ****
City: Monsey   State: NY   ZIP: 10952

Above is a Certificate of Birth Registration for your child, which is sent without charge. The Department of Health and Mental Hygiene does not certify to the truth of the statements made here, as no inquiry as to the facts has been provided by law. See reverse side for information on how to correct a birth record.

Este es el registro del certificado de nacimiento de su niño (a), se le ha mandado gratis. El Departamento de Salud no certifica la veracidad de la información en el certificado, así que ninguna investigación sobre los hechos ha sido prevista por la ley. Vea al lado reverso la información para corregir un certificado de nacimiento.

*Bill de Blasio* — MAYOR
*Mary T. Bassett* — COMMISSIONER OF HEALTH AND MENTAL HYGIENE
*Steven P. Schwartz* — CITY REGISTRAR




G 00566665

The City of New York

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

May 9, 2014