# Ronit Notarized Translation Services

*Hebrew to English & English to Hebrew*

22 Aselin Drive
Spring Valley, NY 10977

Telephone (845)371-0884
Fax        (845)371-0884

EMBLEM

STATE OF ISRAEL

OFFICE OF RELIGIOUS SERVICES

## MARRIAGE CERTIFICATE NO. 2283317

| PERSONAL DETAILS | THE HUSBAND | THE WIFE |
|---|---|---|
| THE COUPLE : FAMILY NAME | F | R |
| LAST NAME FOLLOWING MARRIAGE | F | F |
| FIRST NAMES | J | P |
| THE RELIGIOUS CONGREGATION | JEWISH: COHEN/LEVI/ISRAEL | JEWISH |
| DATE OF BIRTH | JANURAY 18, 1984 | JANUARY 07, 1984 |
| RECENT PROFESSION | YESHIVA SCHOLAR | SECRETARY |
| PLACE OF RESIDENCE PRIOR TO MARRIAGE | UNITED STATES, MONSEY | 39 EZRA STREET, BNEI BRAK |
| I.D. NO | AMERICAN PASSPORT | 039318001 |
| THE PARENTS LAST & FIRST NAMES OF THE FATHER | Y F | I H |
| LAST & FIRST NAMES OF THE MOTHER | C A F | E H |
| FATHER'S RESIDENCY | | BNEI BRAK |
| MOTHER'S RESIDENCY | UNITED STATES | BNEI BRAK |
| FATHER'S PROFESSION | COMPUTERS | COLLECTOR |
| MOTHER'S PROFESSION | HOUSEWIFE | HOUSEWIFE |
| THE WITNESSES FAMILY NAME & FIRST NAMES | I A D | Y Y W |
| PROFESSION | | |

I hereby certify that the marriage ceremony of the above couple took place in **BNEI BRAK** on the **5ᴿᴰ** day on the month of **CHESHVAN** to the year of **TASHA"B** Gregorian date **NOVEMBER 02, 2011**. And registered in the Rabbinical Bureau of **BNEI BRAK**

Signature of Delegated Rabbi: On file.        Stamp: On file    Pictures of the couple: on file

**CERTIFICATE OF TRANSLATION:**
Upon penalty of perjury, I hereby certify that I am conversant in the Hebrew and English languages and that the foregoing is a true and correct translation from Hebrew into English.

Name and address of translator
Lior Karni, 22 Aselin Drive,
Spring Valley, NY 10977

Sworn to before me Lior Karni this 28 day of _____, 2013 to me known to be the individual described in and who executed the forgoing instrument and acknowledged that he executed the same.

TRANSLATOR SIGNATURE

NOTARY PUBLIC

NOTARY
No. _____
PUBLIC
09/08
AND COUNTY, NEW



מדינת ישראל - המשרד לשירותי דת

# תעודת נישואין

מס' 2283317

| פרטים אישיים | ה ב ע ל | ה א ש ה |
|---|---|---|
| ה ז ו ג<br>שם המשפחה | פלברבוים | רוזנטל |
| * שם המשפחה לאחר הנישואין | פלברבוים | פלברבוים |
| השמות הפרטיים | יעקב | פרל |
| העדה (הדתית) | יהודי<br>כהן / לוי / ישראל | יהודיה |
| תאריך הלידה | 18/01/1984 | 07/01/1984 |
| משלח היד | בן ישיבה | מזכירה |
| מקום המגורים | ארה"ב מונסי | בני ברק עזרא 39 |
| מס' הזהות | ד. אמריקאי 471199001 | 039318001 |
| ה ה ו ר י ם<br>שם המשפחה והשמות הפרטיים של האב | פלברבוים יהושע פאלק | הורוביץ ישראל |
| שם המשפחה והשמות הפרטיים של האם | פלברבוים חנה עטיא | הורוביץ אסתר |
| מקום מגורי האב | ארה"ב | בני ברק |
| מקום מגורי האם | ארה"ב | בני ברק |
| משלח ידו של האב | מחשבים | גבאי |
| משלח ידה של האם | עי"ב | עי"ב |
| ה ע ד י ם<br>שם המשפחה והשמות הפרטיים | ישראל עמרם דוידוביץ | יצחק יוסף ויס |
| משלח היד | | |

הריני מאשר בזה כי הנישואין של הזוג הנ"ל נערכו ב _____ בני ברק

מקום החופה

יום _____ ה' לחודש _____ חשוון ב _____ שנת תשע"ב

תאריך לועזי 02/11/2011

נרשמו בלשכת הרבנות _____ **בני ברק**

מקום הרבנות



חתימה הרב המורשה





* בהתאם לסעיף 6 לחוק השמות, התשט"ז - 1956.