UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PERL FELBERBAUM,   24-CV-02333 (PMH)

               Plaintiff/Petitioner,

               REQUEST

   -against-

YAAKOV FELBERBAUM,

               Defendant/Respondent,
-----------------------------------------------------------------X

     To the Honorable Court,

     An Order to Show Cause was filed with the court and a date to serve the Respondent was given for July 15, 2024. However, the Order to Show Cause has not been signed.

     It was mentioned by a court attorney for the Honorbale Court that a letter to the Honorable Court would suffice to request the Honorable Court to sign the Order to Show Cause so that I can serve the Respondent with the paperwork and the motion before July 15, 2024.

     The Court's understanding is appreciated.

                                                                         Very truly yours,

                                                                         _____

                                                                         Asher White, Esq.