UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

P.F.,                                                                    24-CV-02333 (PMH)

                              Plaintiff/Petitioner,

                                                          REQUEST FOR EXTENSION


                    -against-


Y.F.,

                              Defendant/Respondent,
-----------------------------------------------------------------X

                                                          Dated: July 11, 2024

To the Honorable Court,

      An Order to Show Cause was filed with the court and a date to serve the Respondent was given for July 15, 2024. However, the Order to Show Cause has not been signed.

      It was mentioned by a court attorney for the Honorable Court that a letter to the Honorable Court would suffice to request the Honorable Court to sign the Order to Show Cause so that I can serve the Respondent with the paperwork and the motion before July 15, 2024.

      I am further asking for an extension of time to serve the Respondent in this case.

      I believe all paperwork has been properly filed at this time and I therefore beseech the Honorable Court to grant this extension for a further 60 days for service.

      The Honorable Court's understanding is appreciated.

                                                  Very truly yours,
                                                  *Menachem White*
                                                  _____
                                                  Menachem White, Esq.