UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

P.F.,

                        Petitioner,

24-CV-02333 (PMH)

**AFFIRMATION IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION**

              -against-

Y.F.,

                        Respondent,
-----------------------------------------------------------------X

       MENACHEM WHITE, ESQ., an attorney duly admitted to practice before the courts of the state of New York, affirms under the penalties of perjury

       1.      I am not a party to the above captioned action, and I am over 18 years of age and have an office in Woodmere, New York.  I am also an attorney, duly licensed to practice law in the State of New York and I am admitted in the Southern District of New York Federal Court.

       2.      On August 22, 2024, I served a true copy of the Rule 65B Emergency Notice, Proposed Emergency Order to Show Cause, Petition, Memorandum of Law, Exhibits and other documents related to the instant case on the Respondent by deposited the documents in a Federal Express Envelope sent by Federal Express Priority Overnight and deposited the folder in a Federal Express box, and sent it to the Defendant/Respondent to his address at 80 Meron Road, Monsey, New York 10952 via overnight  mail.

*Menachem White*
              Menachem White, Esq.