UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
P.F. ,

       Petitioner,

   – against –

Y.F.,

       Respondent,
------------------------------------------------------------x

24-CV-02333 (PMH)

NOTICE PURSUANT TO FRCP 65B

  PLEASE TAKE NOTICE that the undersigned will move this Court before the Honorable Judge Halpern, assigned to the case, on PACER at the White Plains Federal Courthouse in part the Southern District Court, on the 26th day of August, 2024 at approximately 10:00 o'clock in the forenoon of that day there to present to the aforementioned Justice an Order to Show Cause containing a request for an the Court to grant an immediate hearing for child abduction and other relief at the Courthouse located at 300 Quarropas Street White Plains, NY 10601-4150.

*Menachem White*

Dated: Woodmere, New York
   August 19, 2024

Menachem White, Esq.
Attorney for the Defendant
4 Brower Avenue, Suite 3,
Woodmere, New York 11598
(516) 504-4101