| | | | | File# | |
|---|---|---|---|---|---|
| US DISTRICT | Court | SOUTHERN DISTRICT | | Index/case # | 24-CV-02333(PMH) |

**P.F.**
Plaintiff

**Y.F.**
Defendant

# AFFIDAVIT OF SERVICE

KINGS County, Sate of: NEW YORK    CALVIN D NELSON being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of _____

On: 23-Aug-24    2:01PM am/pm at: 80 MERON PLACE, MONSEY, NEW YORK 10952

Deponent served the within    ORDER TO SHOW CAUSE WITH EXHIBITS

On: YAAKOV FELBERBAUM    (herein after called the recipient) therein named.

**[X] Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

**[ ] Suitable Age person** — by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendants [ ] Actual Place of Residence [ ] Actual Place of Business within the State

**[ ] Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there _____

**[ ] Corporation or Partnership** — by delivering thereat a true copy of each to _____ personally. Deponent knew said corporation / partnership so served to be the corporation/partnership described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

**[ ] Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [ ] Actual Place of Residence [ ] Actual Place of Business, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

**[X] Description**

| | | | |
|---|---|---|---|
| [X] Male | [X] white skin | [ ] black hair | [ ] 14-20 Yrs |
| [ ] Female | [ ] black skin | [ ] brown hair | [ ] 21-35 Yrs |
| | [ ] yellow skin | [ ] gray hair | [X] 36-50 Yrs |
| | [ ] brown skin | [ ] blonde hair | [ ] 51-65 Yrs |
| | [ ] red skin | [ ] red hair | [ ] Over 65 Yrs |

| | | |
|---|---|---|
| [ ] Under 5' | [ ] Under 100 Lbs | |
| [ ] 5'0"-5'3" | [ ] 100-130 Lbs | |
| [ ] 5'4"-5'8" | [ ] 131-160 Lbs | |
| [X] 5'9"-6'0" | [ ] 161-200 Lbs | |
| [ ] Over 6' | [X] Over 200 Lbs | |

Other Identifying Features _____

**[X] Military Service** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

**[ ] Subpoena Fee Tendered in the amount of** _____

Sworn to before me on August 25, 2024

_signature_
NOTARY PUBLIC

CALVIN D NELSON 2122153

Menachem White
Notary Public, State of New York
Reg. No. 02WH6241478
Qualified in Nassau County
Commission Expires 05/23/2027