UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

P.F.,                                                                24-CV-02333 (PMH)

                Plaintiff/Petitioner,

                                                                              REQUEST FOR SIGNATURE OF EMERGENCY ORDER TO SHOW CAUSE

       -against-

Y.F.,

                Defendant/Respondent,
-----------------------------------------------------------------X

                                                              Dated: August 25, 2024

To the Honorable Court,

      An Order to Show Cause was filed with the court and a date to serve the Respondent was given for August 26, 2024. Said service has been completed by personal service and by overnight service. Both Affidavits of Service have been filed on Pacer with the Honorable Court.

      I am respectfully requesting that the proposed Order to Show Cause be signed and a court date be granted forthwith.

      The Honorable Court's understanding is appreciated.

                                                                                    Very truly yours,

                                                                                    *Menachem White*
                                                                                     Menachem White, Esq.