UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

P.F.

                        **Plaintiff(s),**

                - against -

Y.F.

                        **Defendant(s),**
-------------------------------------------------------------X

7:24 Civ. 02333 (pml)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 3/27/2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Y.F. by personally serving Jane Doe, a person of suitable age and discretion, and proof of service was therefore filed on 9/03/2024, Doc. #(s) 23.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

      October 9, 20 24

                                                    **DANIEL ORTIZ
Acting Clerk of Court**

                                          **By:** _____
                                                       **Deputy Clerk**