UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

P.F.

                              **Plaintiff(s),**

                                                                                                7:24 Civ. 02333 (pml)

                     - against -

                                                                        **CLERK'S CERTIFICATE**
                                                                          **OF DEFAULT**

Y.F.

                              **Defendant(s),**
------------------------------------------------------------X

        **I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on 3/27/2024 and amended on July 11, 2024 with the filing of a summons and amended petition a copy of the Summons and Amended Petition was served on Y.F. **by personally serving** Jane Doe, a person of suitable age and discretion, *and proof of service was therefore filed on* 9/03/2024, *Doc. #(s)* 23.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

               _____, 20\_\_                                   **DANIEL ORTIZ**
                                                                               **Acting Clerk of Court**

                                                                               **By:** _____
                                                                                        **Deputy Clerk**