**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

P.F.                                ,

                              Plaintiff(s)

        -against-

Y.F.                                ,

                              Defendant(s).

-------------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

CV 7:24-cv-02333-PMH

Menachem White, Esq.          hereby declares as follows:

1. I am the Counsel for the petitioner in this action.

2. This action was commenced pursuant to 22 U.S.C. 90m(a), (b) and 28 u.s.c. 1m.

3. The time for defendant Y.F., to answer or otherwise move with respcet to the complaint herein has expired.

4. Defendant(s), Y.F., has not answered or otherwise moved with respect to the complaint, and the time for defendant, Y.F. to answer or otherwise move has not been extended.

5. That defendant Y.F. is not an infant or incompetent. Defendant, Y.F. is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff, through her counsel, requests that the default of defendant, Y.F. be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: October 9, 2024

*Menachem White*

By: Menachem White, Esq.
Attorney for Petitioner
4 Brower Avenue, Suite 3
Woodmere, New York 11598

(516) 504-4101
Mwhite@wwlgny.com