**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

P.F.

                     **Plaintiff(s),**

                     7:24 Civ. 02333 (pml)

          - against -

                     **CLERK'S CERTIFICATE**
                     **OF DEFAULT**

Y.F.

                     **Defendant(s),**
-------------------------------------------------------------X

       **I, DANIEL ORTIZ, Acting Clerk of the United States District Court for**

**the Southern District of New York**, **do hereby certify that this action was commenced on** 3/27/2024 and amended on July 11, 2024 with the filing of a summons and amended petition

a copy of the Summons and Amended Petition was served on Y.F.

**by personally serving** Jane Doe, a person of suitable age and discretion,

**and proof of service was therefore filed on** 9/03/2024 **, Doc. #(s)** 23 .

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

      October 09 **, 20** 24

                                                     **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                                       **By:** *[signature]*
                                                    **Deputy Clerk**