UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
P.F.

                          Plaintiff,         7:24 Civ. 02333 ( PMH)

     - against -                      **DEFAULT JUDGMENT**

Y.F.

                          Defendant,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        This action having been commenced on March 27, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant/Respondent, Y.F. on August 30, 2024 by a licensed process server by personal service to a Jane Doe and by mailing same by 1st class mailing and a proof of service having been filed on September 3, 2024 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED That pursuant to the Hague Convention on the Civil Aspects of International Child Abduction (the "Hague Convention" or the "Convention") and the implementing legislation within the United States, including the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C.A. §§ 9001 et seq., and New York's Uniform Child Custody Jurisdiction and Enforcement Act ("UCCJEA"), DRL §§ 75(d), 77 et seq., the Defendant Y.F. shall within one week of this Judgment return the children of the marriage B.F., Date of Birth May 1, 2014 and M.F., Date of Birth September 11, 2015 to the country of Israel;

        ORDERED, ADJUDGED AND DECREED that the Respondent, Y.F. wrongfully removed the children of the marriage, B.F., Date of Birth May 1, 2014 and M.F., Date of Birth September 11, 2015, in New York in violation of the Convention, B.F.;

ORDERED, ADJUDGED AND DECREED that the children of the marriage, B.F., Date of Birth May 1, 2014 and M.F., Date of Birth September 11, 2015, habitually resided with their mother, Petitioner P.F., in Bnei Brak, Israel.

ORDERED, ADJUDGED AND DECREED that the Respondent shall surrender Respondent's passport to the Israeli authorities upon landing in Israel;

ORDERED, ADJUDGED AND DECREED That this court has subject matter jurisdiction over Petitioner's claims pursuant to 42 U.S.C.A. § 11603(a) of ICARA, which provides that the courts of the States and the United States district courts shall have concurrent original jurisdiction over actions arising under the Convention.

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $15,000.00 for attorneys fees dollars with interest at 4.08% from March 27, 2024 amounting to $15,612.00 dollars plus costs and disbursements of this action in the amount of $2,000.00 dollars amounting in all to $17,612.00 dollars.

ORDERED, ADJUDGED AND DECREED that this court has supplemental subject matter jurisdiction over Petitioner's UCCJEA claim pursuant to 28 U.S.C.A. § 1367.

ORDERED, ADJUDGED AND DECREED that the name of the children shall be entered into the National Crime Information Center (NCIC) computer database in the missing persons section; and

ORDERED, ADJUDGED AND DECREED that if the Respondent violates this Order, the Respondent shall surrender himself to the United States Marshall's Office for contempt of this Court's Order; and

ORDERED, ADJUDGED AND DECREED that service of this Order shall be made electronically to the Respondent and such service shall be deemed proper under the Federal Rules.

Dated:  , New York
_____

_____
U.S.D.J.

This document was entered on the docket on_____.