**Menachem**
United States
516-504-4101

Menachem

**P.F.**
39 Ezra Street
Apartment 3 Bnei
Barak, NY Israel

| | |
|---|---|
| **Balance Forwarded** | $2,920.00 to #01171 |
| **Invoice #** | 01107 |
| **Invoice Date** | October 1, 2024 |
| **Payment Terms** | |
| **Due Date** | |

**P.F. vs. Y.F.**

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 03/19/2024 | MW | Draft Document | Drafted Hague Petition. | $600.00 | 1.5 | $900.00 |
| 03/25/2024 | MW | Draft and Efile Paperwork | Drafted paperwork and filed it; Phone conference with other side's office about case. | $600.00 | 0.4 | $240.00 |
| 05/15/2024 | JM | Review of file | review decision, judge's specific rules, fed rules, compliance standards | $400.00 | 0.8 | $300.00 |
| 05/16/2024 | JM | email | update to mendy | $0.00 | 0.1 | $0.00 |
| 05/28/2024 | MW | Draft Document | Edited OTSC; Phone conference with court; Phone conference with client about OTSC; Reviewed paperwork with client. | $600.00 | 5.0 | $3,000.00 |
| 06/21/2024 | AK | Draft Document | go through all docs for osc and revise | $500.00 | 3.5 | $1,750.00 |
| 06/24/2024 | MW | Review documents | Reviewed paperwork; Filed paperwork on Pacer. | $600.00 | 1.0 | $600.00 |
| 07/11/2024 | MW | Draft Document | Edited paperwork; Conference with court; Drafted letter to court for condition. | $600.00 | 1.0 | $600.00 |
| 08/23/2024 | MW | Phone Call | Drafted paperwork; Overnight mailed paperwork to other side; Phone conference with Process server; Phone conference with court about paperwork; Filed paperwork. | $600.00 | 0.4 | $240.00 |
| 08/25/2024 | MW | Draft and Efile Paperwork | Reviewed paperwork for court; Filed Affidavit of Service with Court; Drafted and Filed Letter to court. | $600.00 | 0.4 | $240.00 |
| 08/27/2024 | MW | Phone Call | Phone conference with court about case and paperwork. | $600.00 | 0.5 | $300.00 |
| | | | Totals: | | 14.6 | $8,170.00 |

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 03/19/2024 | MW | Index Number | Paid for Index Number | $405.00 | 2.0 | $810.00 |
| 10/01/2024 | MW | COURT FEES MOTION | Fee for Process Server | $600.00 | 1.0 | $600.00 |

Expense Total: **$1,410.00**

| | |
|---|---|
| Time Entry Sub-Total: | $8,170.00 |
| Expense Sub-Total: | $1,410.00 |
| **Sub-Total:** | $9,580.00 |
| **Total:** | $9,580.00 |
| **Amount Paid:** | $6,660.00 |
| **Balance Due:** | **$2,920.00** |
| Balance Forwarded to Invoice #01171 | |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Balance Forwarded | Nov 15 2024, 2:03 pm | -- | $2,920.00 | Menachem White (Attorney) | -- |
| Invoice Reopened | Nov 15 2024, 2:02 pm | -- | -- | Menachem White (Attorney) | -- |
| Balance Forwarded | Nov 15 2024, 12:16 pm | -- | $2,920.00 | Menachem White (Attorney) | -- |
| Payment Received | Oct 1, 2024 | Non-Trust Credit Account | $6,660.00 | Menachem White (Attorney) | |

## Account Summary

**P.F. 's Trust Balance**

Balance As Of 10/01/2024: $0.00

**P.F.'s Credit Balance**

Balance As Of 10/01/2024: $0.00

**Menachem**
United States
516-504-4101

Menachem

**P.F.**
39 Ezra Street
Apartment 3 Bnei
Barak, NY Israel

**Balance** $6,520.00
**Invoice #** 01171
**Invoice Date** November 15, 2024
**Payment Terms**
**Due Date**

---

**P.F. vs. Y.F.**

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 10/09/2024 | MW | Draft Document | Phone conference with friend of other side; Phone conference with client about same; Drafted court documents. | $600.00 | 0.8 | $480.00 |
| 11/12/2024 | MW | Draft Document | Emailed beit din paperwork. | $600.00 | 0.2 | $120.00 |
| 11/12/2024 | MW | Draft and Efile Paperwork | Phone conference with Beis Din in New York; Reviewed paperwork from Court; Drafted document for court; Filed document; Phone conference with Dayan about case. | $600.00 | 1.0 | $600.00 |
| 11/15/2024 | MW | Draft and Efile Paperwork | Drafted order to show cause and other documents. | $600.00 | 4.0 | $2,400.00 |
| | | | | Totals: | **6.0** | **$3,600.00** |

### Unpaid Invoice Balance Forward

| Invoice # | Invoice Total | Amount Paid | Due Date | Balance Forward |
|---|---|---|---|---|
| 01107 | $9,580.00 | $6,660.00 | -- | $2,920.00 |
| | | | Balance Forward: | **$2,920.00** |

| | |
|---|---:|
| Time Entry Sub-Total: | $3,600.00 |
| **Sub-Total:** | $3,600.00 |
| Balance Forward: | $2,920.00 |
| **Total:** | $6,520.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$6,520.00** |