# Ronit Notarized Translation Services

*Hebrew to English & English to Hebrew*

22 Aselin Drive                                             Telephone (845)371-0884
Spring Valley, NY 10977                                     Fax       (845)371-0884

EMBLEM

**STATE OF ISRAEL**                                         **OFFICE OF RELIGIOUS SERVICES**

## MARRIAGE CERTIFICATE NO. 2283317

| PERSONAL DETAILS | THE HUSBAND | THE WIFE |
|---|---|---|
| THE COUPLE : FAMILY NAME | F | R |
| LAST NAME FOLLOWING MARRIAGE | F | F |
| FIRST NAMES | J | P |
| THE RELIGIOUS CONGREGATION | JEWISH: COHEN/LEVI/ISRAEL | JEWISH |
| DATE OF BIRTH | JANURAY 18, 1984 | JANUARY 07, 1984 |
| RECENT PROFESSION | YESHIVA SCHOLAR | SECRETARY |
| PLACE OF RESIDENCE PRIOR TO MARRIAGE | UNITED STATES, MONSEY | 39 EZRA STREET, BNEI BRAK |
| I.D. NO | AMERICAN PASSPORT | 039318001 |
| THE PARENTS LAST & FIRST NAMES OF THE FATHER | Y F | I H |
| LAST & FIRST NAMES OF THE MOTHER | C A F | E H |
| FATHER'S RESIDENCY |  | BNEI BRAK |
| MOTHER'S RESIDENCY | UNITED STATES | BNEI BRAK |
| FATHER'S PROFESSION | COMPUTERS | COLLECTOR |
| MOTHER'S PROFESSION | HOUSEWIFE | HOUSEWIFE |
| THE WITNESSES FAMILY NAME & FIRST NAMES PROFESSION | I A D | Y Y W |

I hereby certify that the marriage ceremony of the above couple took place in **BNEI BRAK** on the **5RD** day on the month of **CHESHVAN** to the year of **TASHA"B** Gregorian date **NOVEMBER 02, 2011**. And registered in the Rabbinical Bureau of **BNEI BRAK**

Signature of Delegated Rabbi: On file.         Stamp: On file     Pictures of the couple: on file

---

**CERTIFICATE OF TRANSLATION:**
Upon penalty of perjury, I hereby certify that I am conversant in the Hebrew and English languages and that the foregoing is a true and correct translation from Hebrew into English.

Name and address of translator
Lior Karni, 22 Aselin Drive,
Spring Valley, NY 10977

TRANSLATOR SIGNATURE

Sworn to before me Lior Karni this
28 day of _____, 2013
to me known to be the individual described
in and who executed the forgoing instrument and
acknowledged that he executed the same.

NOTARY PUBLIC



מדינת ישראל - המשרד לשירותי דת

# תעודת נישואין

מס' 2283317

| פרטים אישיים | הבעל | האשה |
|---|---|---|
| הזוג<br>שם המשפחה | פלברבוים | רוזנטל |
| שם המשפחה לאחר הנישואין | פלברבוים | פלברבוים |
| השמות הפרטיים | יעקב | פרל |
| העדה (הדתית) | יהודי<br>כהן / לוי / ישראל | יהודיה |
| תאריך הלידה | 18/01/1984 | 07/01/1984 |
| משלח היד | בן ישיבה | מזכירה |
| מקום המגורים | ארה"ב מונסי | בני ברק עזרא 39 |
| מס' הזהות | ד. אמריקאי 471199001 | 039318001 |
| ההורים<br>שם המשפחה והשמות הפרטיים של האב | פלברבוים יהושע פאלק | הורוביץ ישראל |
| שם המשפחה והשמות הפרטיים של האם | פלברבוים חנה עטיא | הורוביץ אסתר |
| מקום מגורי האב | ארה"ב | בני ברק |
| מקום מגורי האם | ארה"ב | בני ברק |
| משלח ידו של האב | מחשבים | גבאי |
| משלח ידה של האם | ע"יב | ע"יב |
| העדים<br>שם המשפחה והשמות הפרטיים | ישראל עמרם דוידוביץ | יצחק יוסף ויס |
| משלח היד | | |

הריני מאשר בזה כי הנישואין של הזוג הנ"ל נערכו ב _בני ברק_
מקום החופה

יום _ה'_ לחודש _חשון_ שנת תשע"ב

02/11/2011
תאריך לועזי

נרשמו בלשכת הרבנות _בני ברק_
מקום הרבנות



חתימה הרב המורשה




* בהתאם לסעיף 6 לחוק השמות, התשט"ז - 1956.