UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

          Petitioner,

-against-

YAAKOV FELBERBAUM,

          Respondent.

**ORDER**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 20, 2024, the Court signed Petitioner's proposed order to show cause why default judgment should not be entered against Respondent. (Doc. 39). The order to show cause directed Petitioner to serve upon Respondent a copy of that order, together with the papers upon which it is based, by personal service and by e-mail on or before December 4, 2024; and to file proof of such service via ECF by December 9, 2024. (*Id.*). Petitioner has not filed proof of service.

The Court *sua sponte* extends the time *nunc pro tunc* to December 13, 2024 for Petitioner to file proof that service of the order to show cause and papers upon which it is based were served upon Respondent by December 4, 2024 in accordance with the Court's order.

Petitioner is warned that failure to comply with the Court's orders may result in dismissal of this action without prejudice.

                                        **SO ORDERED:**

Dated: White Plains, New York
         December 10, 2024

                                        PHILIP M. HALPERN
                                        United States District Judge