UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

P.F.,                                                                    24-CV-02333 (PMH)

                  Plaintiff/Petitioner,

                                             REQUEST FOR EXTENSION

        -against-


Y.F.,

                  Defendant/Respondent,
-------------------------------------------------------------------X

                                     Dated: December 10, 2024

To the Honorable Court,

        An Order to Show Cause was filed with the court and a date to serve the Respondent was given for December 4, 2024. However, the Order to Show Cause has not been served yet.

        Unfortunately, due to illness, I was unable to serve the father properly pursuant to the Order to Show Cause. I am respectfully requesting to be granted an extension to serve the Defendant in this matter.

        I believe all paperwork has been properly filed at this time and I therefore beseech the Honorable Court to grant this extension for a further 14 days for service.

        The Honorable Court's understanding is appreciated.

                                Very truly yours,

                                *Menachem White*

                                Menachem White, Esq.