UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

P.F.,                                                                                  24-CV-02333 (PMH)

                      Plaintiff/Petitioner,

                                                                                 REQUEST FOR EXTENSION

          -against-

Y.F.,

                      Defendant/Respondent,
-----------------------------------------------------------------X

                                                                             Dated: December 10, 2024

To the Honorable Court,

      An Order to Show Cause was filed with the court and a date to serve the Respondent was given for December 4, 2024. However, the Order to Show Cause has not been served yet.

      Unfortunately, due to illness, I was unable to serve the father properly pursuant to the Order to Show Cause. I am respectfully requesting to be granted an extension to serve the Defendant in this matter.

      I believe all paperwork has been properly filed at this time and I therefore beseech the Honorable Court to grant this extension for a further 14 days for service.

      The Honorable Court's understanding is appreciated.

                                                                             Very truly yours,

                                                                             *Menachem White*
                                                                             _____
                                                                             Menachem White, Esq.

---

**Application granted in part.** The time for Plaintiff to effectuate service in accordance with the Order to Show Cause is extended to December 18, 2024. Proof of service shall be filed by December 27, 2024. No further extensions will be granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
          December 11, 2024