UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
P.F. ,                                                                                      24-CV-02333 (PMH)

             Petitioner,                                              NOTICE OF MOTION

  – against –

Y.F.,

             Respondent,
-----------------------------------------------------------x

      ORDERED, that the above named defendant show cause before a motion term of this Court, at Room ___, United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, on _____, at_____o'clock in the ____noon thereof, or as soon thereafter as counsel may be heard, why an order of default should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure Ordering:

    1.    That pursuant to Federal Rules of Civil Procedure 4(e), alternative service by email or publication should be granted against the Respondent.

    2.    Extending time to serve the Respondent for 60 days.

    3.    Ordering the United States Marshalls to serve the Respondent.

    4.    For such other and further relief as the Court may find just and proper.

*Menachem White*
_____
Dated: December 20, 2024                    Menachem White, Esq.
       Woodmere, New York                    The White Law Group
                                            Attorney for Defendant
                                            4 Brower Avenue, Suite 3
                                            Woodmere, New York 11598