AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **7:24-cv-02333-PMH**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **YAAKOV FELBERBAUM**
was recieved by me on  **12/11/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Moved** after attempting service at **80 Meron Rd, Monsey, NY 10952**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:   12/11/2024

*Server's signature*

**Tyler Hammer**
*Printed name and title*

**74 Parkway Trailer Court
Pomona, NY 10970**

*Server's address*

Additional information regarding attempted service, etc:

**12/11/2024 8:04 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved. I spoke with a neighbor who doesn't recognize name.**




Tracking #: **0151787522**