UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
P.F. ,                                                                           24-CV-02333 (PMH)

               Petitioner,                              NOTICE OF MOTION

   – against –

Y.F.,

               Respondent,
-------------------------------------------------------------x

      ORDERED, that the above named defendant show cause before a motion term of this Court, at Room ___, United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, on _____, at ____ o'clock in the ____ noon thereof, or as soon thereafter as counsel may be heard, why an order of default should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure Ordering:

    1.    That pursuant to the Federal Rules of Civil Procedure, granting Petitioner 60 days extension to serve the Respondent the default papers.

    2.    For such other and further relief as the Court may find just and proper.

Dated:  January 9, 2025  
          Woodmere, New York

*Menachem White*  
_____  
Menachem White, Esq.  
The White Law Group  
Attorney for Defendant  
4 Brower Avenue, Suite 3  
Woodmere, New York 11598