UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
P.F.,

                        Petitioner,

    – against –

Y.F.,

                        Respondent,
---------------------------------------------------------------x

24-CV-02333 (PMH)

NOTICE OF MOTION

        ORDERED, that the above named defendant show cause before a motion term of this Court, at Room ___, United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, on _____, at ____ o'clock in the ____ noon thereof, or as soon thereafter as counsel may be heard, why an order of default should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure Ordering:

    1.    That pursuant to the Federal Rules of Civil Procedure, granting Petitioner 60 days extension to serve the Respondent the default papers.

    2.    For such other and further relief as the Court may find just and proper.

---

Application granted. Although the Court previously stated that no further extensions would be granted (Doc. 42), in light of the Petitioner's representations concerning her difficulty locating Respondent, the Court finds that good cause exists to extend the time for Plaintiff to effectuate service of the motion for a default judgment. Because all of the deadlines in the order to show cause have now since passed, the Court has docketed a "Revised Order to Show Cause" (Doc. 50) which provides for service of the Revised Order to Show Cause and papers upon which it is based to be effectuated by **March 11, 2025**. **Petitioner shall serve the Revised Order to Show Cause in accordance with its terms and no further extensions will be granted.**

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         January 10, 2025

---

*Menachem White*
_____
Menachem White, Esq.
The White Law Group
Attorney for Defendant
4 Brower Avenue, Suite 3
Woodmere, New York 11598