| US DISTRICT | Court | SOUTHERN DISTRICT OF NY | Index/case # | File# 24-CV-02333 (PMH) |

# AFFIDAVIT OF SERVICE

**PERL FELBERBAUM**
Plaintiff

**YAAKOV FELBERBAUM**
Defendant

**KINGS** County, Sate of: **NEW YORK**       **CALVIN D NELSON** being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of

On: **11-Mar-25**    **5:01PM** am/pm at: **IN FRONT OF 290 West Route 59, Spring Valley, NY 10977**

Deponent served the within **ORDER TO SHOW CAUSE WITH EXHIBITS**

On: **YAAKOV FELBERBAUM**      (herein after called the recipient) therein named.

[X] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendants [ ] Actual Place of Residence [ ] Actual Place of Business within the State

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — by delivering thereat a true copy of each to _____ personally. Deponent knew said corporation / partnership so served to be the corporation/partnership described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [ ] Actual Place of Residence [ ] Actual Place of Business, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
- [X] Male / [ ] Female
- [X] white skin / [ ] black skin / [ ] yellow skin / [ ] brown skin / [ ] red skin
- [X] black hair / [ ] brown hair / [ ] gray hair / [ ] blonde hair / [ ] red hair
- [ ] 14-20 Yrs / [ ] 21-35 Yrs / [X] 36-50 Yrs / [ ] 51-65 Yrs / [ ] Over 65 Yrs
- [ ] Under 5' / [ ] 5'0"-5'3" / [X] 5'4"-5'8" / [ ] 5'9"-6'0" / [ ] Over 6'
- [ ] Under 100 Lbs / [ ] 100-130 Lbs / [ ] 131-160 Lbs / [X] 161-200 Lbs / [ ] Over 200 Lbs

Other Identifying Features: **OF JEWISH FAITH**

[X] **Military Service** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on **05/13/2025**

CALVIN D NELSON 2122153

MOHAN MANE
*NOTARY PUBLIC, STATE OF NEW YORK*
Registration # 01MA6353216
Commission Exp- 01/17/2029
COUNTY QUEENS