# EXHIBIT A

# HATZLACHA
## SUPERMARKET

80 WEST ST.
SPRING VALLY NY 10977
845-425-9220
Fax: 845-425-1529

Reprint Ticket #: 05-08234140400

Date: 08/23/24          Time: 2:04:05 PM
Cashier: DENNIS         Register #: Register 5

FELBERBAUM YAKOV YOSEF
80 MERON RD.
(845) 450-0499

LAST PAYMENT. 01/26/24     0.07
TOTAL CHARGED              2.21
PREV. CREDIT.           -184.67
CURRENT CREDIT          -182.46