# EXHIBIT B

# Rockland County Sheriff's Office
# Public Notice of Eviction



To: **Jacob Felberbaum, B̲̅̅̅̅ F̲̅̅̅̅̅̅̅̅̅̅̅̅** and
**M̲̅̅̅̅ F̲̅̅̅̅̅̅̅̅̅̅̅̅** and all other individuals

**80 Meron Road**
**First Floor Front Rooms (1 and 2)**
**Monsey, NY 10952**

This memorandum is to advise you that the DATE for the eviction of the above address is on or about:

## 08/07/24

The Sheriff's Office will supervise the eviction and removal of personal property by the landlord's movers. Your personal possessions and any other items will be placed on public lands adjoining the property if not removed by you prior to the eviction date.

(Order to Show Cause vacated on 06/05/24. The above date is subject to change without any further notice.)