# EXHIBIT C

**WESTCHESTER**
90 Maple Avenue
White Plains, NY 10601
914-949-1305
914-949-6213 Fax

30 South Broadway
Yonkers, NY 10701
914-376-3757
914-376-8739 Fax

100 East First Street
Suite 810
Mount Vernon, NY 10550
914-813-6880
914-813-6890 Fax

One Park Place
Suite 202
Peekskill, NY 10566
914-402-2192
914-402-5185 Fax

**DUTCHESS**
One Civic Center Plaza
Suite 506
Poughkeepsie, NY 12601
845-471-0058
845-471-0244 Fax

**ULSTER**
550 Aaron Court
Kingston, NY 12401
845-331-9373
845-331-4813 Fax

**ORANGE**
One Corwin Court
Suite 102
Newburgh, NY 12550
845-569-9110
845-569-9120 Fax

60 Erie Street
Suite 201
Goshen, NY 10924
845-495-4305
845-360-5038 Fax

**ROCKLAND**
502 Airport Executive Park
Nanuet, NY 10954
845-476-3831
845-352-0832 Fax

Legal Services
of the Hudson Valley
Protecting Rights
Promoting Justice
www.lshv.org

August 7, 2024

Jacob Felberbaum
Via email only to: pf6171@gmail.com

**RE:    Legal Services of the Hudson Valley**

Dear Mr. Felberbaum,

I am following up on our recent communications. As you know, our office represented you in an Order to Show Cause related to nonpayment eviction case which was then settled. While you did not vacate the property in the timeframe laid out in the Stipulation of Settlement, you did vacate prior to an eviction occurring and, as you know, our office was able to confirm with the Rockland County Sheriff's Department that the eviction that was scheduled for August 7, 2024 was cancelled. Please note, as there was a default in the terms of the settlement your former landlord may exercise his rights under that agreement with regard to seeking a money judgment.

At this time, Legal Services of the Hudson Valley is **closing this case** because we have completed the assistance that we agreed to provide you and because you have let us know that you vacated the subject property. If you have a new legal issue in the future, you may contact our central intake number at (877) 574-8529. Additionally, you may also complete the below LSHV survey to provide valuable feedback regarding the community needs for our work.
https://www.surveymonkey.com/r/Priority_Survey_2023_English. Please complete this survey at your convenience. Your feedback helps us to better serve our community.

Please let me know if you have any questions or concerns regarding this letter; I can be reached at 845-476-3831 Ext. 190. Our office wishes you the best going forward.

                Sincerely,
                Andrew Glikin-Gusinsky
                Supervising Attorney

LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION