# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In the Matter of B.F. and M.F., )
)
P.F., )
) **RESPONDENT'S DECLARATION**
Petitioner, ) **IN SUPPORT**
)
vs. ) No. 7:24-cv-02333-PMH
)
Y.F. )
)
Respondent. )
_____)

## **DECLARATION OF YAAKOV FELBERBAUM**

1. I, Yaakov Felberbaum, am over the age of eighteen and of sound mind to execute this declaration.

2. I am the Respondent in the above-referenced matter, and I am personally familiar with and have direct knowledge of all matters stated herein, except where indicated otherwise on information and belief.

3. I submit this declaration in opposition to Petitioner's Order to Show Cause, dated November 19, 2024 (ECF No. 37) and in response to this Court's Revised Order to Show Cause, dated January 13, 2025 (ECF No. 50).

4. To begin with, Petitioner claims that I was personally served with an Order to Show Cause at my former residence located at 80 Meron Place, Monsey, NY 10952, on August 23, 2024 (ECF No. 16). This claim is entirely false. I was not present at the location at the time of alleged service. As proof, I have attached a dated supermarket receipt showing I was in a different location at the exact time the Affidavit of Service claims service occurred. A copy of this receipt is annexed to my Opposition as **Exhibit A.**

5. Petitioner further claims that I was served with the Summons and Complaint at the same address via first-class mail and by delivering a copy to a person of suitable age on August 30, 2024 (ECF No. 23). This claim is both misleading and factually inaccurate. The Affidavit of Service fails to identify the recipient, stating only that a "Jane Doe" accepted the documents and refused to provide a name. The affidavit merely claims that this unnamed individual said they would pass the documents to me. Furthermore, the date of service appears in a different font compared to the other Affidavits of Service, which further undermines the credibility of the affidavit.

6. Additionally, I had vacated the premises at 80 Meron Place on August 7, 2024, well before the alleged date of service on both the foregoing Affidavits of Service. I no longer resided at that address and there was no person at the property that could have handed me the documents. In support, I have annexed a copy of the eviction notice as **Exhibit B** of my opposition and a letter from my counsel confirming that I was leaving that address as **Exhibit C** of my opposition. These documents confirm that I was not residing at the service address on the dates in question.

7. Petitioner lastly asserts that I was personally served with the Default Judgment Order to Show Cause on March 11, 2025, outside 290 West Route 59, Spring Valley, NY 10977 (ECF No. 52). This claim is categorically false. The process server handed the documents not to me, but to my 9-year-old son, M.F., who later gave them to his therapist. I never received these documents personally, nor was my son authorized or of suitable age to accept service on my behalf.

8. The Affidavits of Service filed by Petitioner contain notable and material discrepancies. The Affidavit related to the August 23, 2024 service (ECF No. 16) describes me as "5'9–6'0" and "over 200 lbs," whereas the March 11, 2025 affidavit (ECF No. 52) describes me

as "5'4–5'8" and weighing between "161–200 lbs." These inconsistencies further cast doubt on the reliability and truthfulness of the alleged service events.

9. Based on the foregoing, it is evident that I was not properly served on any of the three occasions as claimed by Petitioner. The claims of service are unsupported and inconsistent.

10. Accordingly, while I maintain that this Court lacks personal jurisdiction over me and that the entry of default should be set aside, I am nonetheless appearing in this matter and prepared to litigate the case on its merits for the Court's benefit.

11. I respectfully request that the Court deny Petitioner's motion in its entirety and grant such other and further relief as the Court deems just and proper.

**VERIFICATION**

    I, Yaakov Felberbaum, solemnly declare and affirm under the penalty of perjury that I am the Respondent in the within action and have read the foregoing declaration and know the contents of the foregoing are true and correct, to the best of my knowledge, except as to those matters alleged upon information and belief.

Executed on April 11, 2025

_____
Yaakov Felberbaum