UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

P.F.,                                                                          Case No.: 7:24-cv-02333-PMH

                                   Petitioner,                    Civil Action

                        -against-

Y.F.,

                                                                              **ORDER TO SHOW CAUSE**

                                   Respondent,
-------------------------------------------------------------------X

      Upon reading and filing the annexed Attorney Certification of MENACHEM WHITE,

ESQ., signed on May 15, 2025, and the pleadings and proceedings heretofore had herein, let the

Plaintiff and the Defendants show cause before the Hon. Cathy Seibel, U.S.D.J., at the Hon.

Charles L. Brieant Jr. Federal Building and United States Courthouse, in Courtroom 621 thereof,

located at 300 Quarropas Street, White Plains, New York 10601, on the _____ day of

_____, 2025, at _____ in the fore/afternoon or as soon thereafter as counsel can be heard,

why an Order should not be made:

      1.    Permitting the withdrawal of Menachem White, Esq., Esq. as counsel of

record for Petitioner, P.F. (hereinafter "Petitioner");

      2.    Staying the action for thirty (30) days to permit Defendant to retain

substitute counsel and for said counsel to appear in the action; and

      3.    For such other and further relief as this Court may deem just and proper.

Sufficient reasons appearing therefor, let service of a copy of this Order, and the papers upon which it is granted, by email upon all parties, on or before _____ ___, 2025 be deemed good and sufficient service.

Dated: May __, 2025
          White Plains, New York

                                        E N T E R:


                                        _____
                                        JUDGE PHILIP HALPERN