UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
P.F.,

                Petitioner,

    -against-

Y.F.,

                Respondent,
-------------------------------------------------------------------X

Case No.: 7:24-cv-02333-PMH

Civil Action

**ORDER TO SHOW CAUSE**

Upon reading and filing the annexed Attorney Certification of Asher White, Esq., signed on May 28, 2025, and the pleadings and proceedings heretofore had herein, let the Plaintiff and the Defendants show cause before the Hon. Judge Philip M. Halpern, U.S.D.J., at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, in Courtroom 621 thereof, located at 300 Quarropas Street, White Plains, New York 10601, on the _____ day of _____, 2025, at _____ in the fore/afternoon or as soon thereafter as counsel can be heard, why an Order should not be made:

    1.    Permitting the withdrawal of Asher White, Esq., Esq. as counsel of record for Petitioner, P.F. (hereinafter "Petitioner");

    2.    Staying the action for thirty (30) days to permit Plaintiff to retain substitute counsel and for said counsel to appear in the action; and

    3.    For such other and further relief as this Court may deem just and proper.

Sufficient reasons appearing therefor, let service of a copy of this Order, and the papers upon which it is granted, by email upon all parties, on or before _____ \_\_\_, 2025 be deemed good and sufficient service.

Dated: May \_\_, 2025
      White Plains, New York

ENTER:

_____
JUDGE PHILIP HALPERN