UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

P.F.,                                                                                    Case No.: 7:24-cv-02333-PMH

                Petitioner,                                      Civil Action

    -against-


Y.F.,
                                                                    **ORDER TO SHOW CAUSE**

                Respondent,

-------------------------------------------------------------------X

      Upon reading and filing the annexed Attorney Certification of MENACHEM WHITE, ESQ., signed on May 30, 2025, and the pleadings and proceedings heretofore had herein, let the Plaintiff and the Defendants show cause before the Hon. Philip Halpern, U.S.D.J., at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, in Courtroom ___ thereof, located at 300 Quarropas Street, White Plains, New York 10601, on the ___ day of ____, 2025, at __:__ in the fore/afternoon or as soon thereafter as counsel can be heard, why an Order should not be made:

      1.     Ordering the Respondent to accept the discovery demands of Petitioner's counsel; and/or

      2.     Extending the time for Petitioner to serve discovery demands on counsel for Respondent by 7 days; and

      3.     Extending the time for Petitioner to respond to discovery demands of Respondent by 14 days; and

      4.     Extending the time for Respondent to respond to discovery demands of Petitioner by 14 days; and

      5.     For such other and further relief as this Court may deem just and proper.

      Sufficient reasons appearing therefor, let service of a copy of this Order, and the papers upon which it is granted, by email upon all parties, on or before_____, 2025 be deemed good and sufficient service.

Dated: May 30, 2025
       White Plains, New York

                                        E N T E R:

                                        _____
                                        JUDGE PHILIP HALPERN