# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4225

Chambers of
**Hon. Victoria Reznik**
United States Magistrate Judge

June 12, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **P.F.,** *PLAINTIFF* -v- **Y.F.** *DEFENDANT* | **RESCHEDULING ORDER** *7:24-cv-2333-PMH* |

The settlement conference previously scheduled for **June 24, 2025 at 2:30 pm** before the Hon. Victoria Reznik, U.S.M.J., is adjourned to **July 29, 2025 at 2:30 pm.**

Plaintiff demand should be made by July 15, 2025; Defendant should respond by July 22, 2025

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **June 12, 2025**

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

6/12/25