# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T.212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

June 13, 2025

<u>**VIA ECF**</u>

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      *Re*:   P.F. v. Y.F.
               Case No.  7:24-cv-02333-PMH

Dear Judge Halpern:

     We represent the Respondent in the above-referenced Hague Convention proceeding. We respectfully request that Your Honor sign the enclosed subpoena annexed hereto as **Exhibit A.**

     It seeks the production of a police report involving Petitioner stemming from an incident which occurred on December 15, 2024. We believe that the report may contain information which is material and relevant to this instant action.

     The Rockland County Sheriff's Department records division has advised our office that a judge's signature is required for the production of documents. Accordingly, we respectfully request that the enclosed subpoena be so-ordered by the Court at its earliest convenience.

     We thank the Court for its time and consideration of this matter.

                                  Respectfully,

                                  <u>/s/Michael Banuchis</u>
                                  Michael Banuchis
                                  *Attorney for Respondent*

cc: All Counsel (by ECF)