UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

                Petitioner,

-against-

YAAKOV FELBERBAUM,

                Respondent.

**ORDER**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A conference has been scheduled for June 26, 2025 at 12:30 p.m. to be held in person at the White Plains courthouse.

SO ORDERED:

Dated: White Plains, New York
         June 20, 2025

_____
PHILIP M. HALPERN
United States District Judge