UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

        Petitioner,

-against-

YAAKOV FELBERBAUM,

        Respondent.

**ORDER**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for a pre-motion and status conference today.

For the reasons stated on the record, Respondent's request to move to dismiss under Rule 41(b) is denied without prejudice.

Petitioner's counsel was warned that continued failure to comply with the Court's Orders will result in dismissal of this action.

In light of the discovery delays and Petitioner's request for extensions of time to complete discovery, the Court extended deadlines as follows:

- The deadline to complete fact discovery is extended to July 25, 2025.

- Petitioner shall produce all documents responsive to Respondent's demands in accordance with Fed. R. Civ. P. 34(b)(2)(E) by July 25, 2025. Petitioner shall be precluded from using at trial any documents that have not been produced by July 25, 2025.

- The deadline to complete all discovery is extended to August 1, 2025.

- Respondent shall serve his expert report by August 1, 2025. Any deposition of Respondent's expert shall be completed by August 8, 2025.

- The deadline to submit the pretrial materials required by the Court's Individual Practices Rules 6(A), (B), and (D), is extended to August 15, 2025.

- The final pretrial conference previously scheduled for August 13, 2025 is adjourned to October 15, 2025 at 2:30 p.m.

- The trial previously scheduled to begin on September 2, 2025 is adjourned to October 27, 2025. All parties and counsel shall appear on that date at 9:00 a.m. in a courtroom to be determined at the White Plains courthouse.

There will be no further extensions or adjournments of these deadlines.

See transcript.

                                      **SO ORDERED:**

Dated:  White Plains, New York
           June 26, 2025

_____
PHILIP M. HALPERN
United States District Judge