# EXHIBIT C

LAW OFFICE OF
MENACHEM WHITE, PLLC
4 Brower Avenue, Suite 3
Woodmere, New York 11598
Phone (516) 504-4101

| | |
|---|---|
| Menachem White, Esq., Senior Managing Partner | Of Counsel |
| Ivy Gabel, Office Manager | Aleksandr Khutoryansky, Esq. |
| Amanda Miller, Paralegal | Asher White, Esq. |
| Ruthie Angster, Paralegal | Wayne Cumberbatch, Esq. |

July 10, 2025

**VIA E-MAIL**
Green Kaminer Min & Rockmore LLP
Michael Banuchis .
420 Lexington Ave. Ste. 2821
New York, NY 10170
MBanuchis@gkmrlaw.com

      *Re:*    Felberbaum v. Felberbaum
                Case No.: 7:24-cv-02333-PMH

Dear counsel:

      As you are aware, this office represents Perl Felberbaum (hereinafter the "Plaintiff" or "Ms. Felberbaum") in the above referenced case. This letter shall serve as Plaintiff's deficiency letter upon a review of Defendant's discovery responses.

      Your discovery responses are not fully compliant as you have had the opportunity to seek a protective order and have not done so. A party may not unilaterally state they will not provide a response without a court order being requested first.

      All information requesting addresses and other requests that your client has refused to respond to must be answered properly and fully.

      Additionally, courts routinely require parties to produce a sworn statement as to a party's search efforts for responsive documents. See Workneh v. Super Shuttle Intl., Inc., No. 15-CIV.-3521 (RWL), 2020 WL 3492000, at *2 (S.D.N.Y. Jun. 8, 2020), report and recommendation adopted, No. 15-CIV.-3521 (ER), 2020 WL 3489483 (S.D.N.Y. Jun. 26, 2020) ("Following receipt of Plaintiff's response to the letter motion, *this Court issued an order* on August 14, 2018, *requiring Plaintiff*, with a couple limited exceptions, to "fully comply with all other Document Demands and Interrogatories" and to "*provide a sworn statement that Plaintiff has produced all documents and provided all information to the extent he has possession, custody, or control*...."); see also Sentry Ins. A Mut. Co. v Brand Mgt., Inc., 295 F.R.D. 1, 6 (E.D.N.Y. 2013) ("That Order provided

that: This supplemental affidavit must *specifically confirm whether, following a diligent search, he has produced all responsive documents in his possession, control or custody*. In order to avoid further obfuscation, *the supplemental sworn statement must utilize the exact phrase "produced all responsive documents in my possession, control or custody" and must address whether any responsive documents have been destroyed or misplaced. …*"); Sentry Ins. A Mut. Co. v. Brand Mgt. Inc., No. 10-CIV.-347 (ENV), 2012 WL 6617357 (E.D.N.Y. Dec. 19, 2012).

Your discovery responses do not appear to show a signed signature of your client.

Additionally, your response to our Notice to Admit is also not signed by your client. I believe your office raised these issues in court against my client and I believe your documentation should be fully signed and verified by your client as well.

With respect to Request Nos. 1, 2, 4, 10, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 27, 28, 30, 32, 33, 34, you have indicated that Defendant will produce responsive documents upon conducting a search. Please confirm that the search has been completed and whether the documents have been produced. Further, as to each of the foregoing requests, kindly state whether any documents are being withheld based on any of the objections raised as is required by Rule 34.

With respect to Request No. 2, you have not produced a privilege log as is required by the Rules to claim an objection based on privilege. As a result, please immediately produce the documents. Plaintiff is prepared to limit the time frame to January 1, 2022 through the present.

With respect to Request Nos. 5, 7, and 26, these documents are relevant because a parent has the right to know where their children are, absent a protective order and their well being. Your boilerplate objections raised are unavailing.

With respect to Request No. 35, please confirm whether any additional documents will be produced.

I am available to meet and confer concerning same upon receiving your formal written response.

Dated: Woodmere, New York

                                                Respectfully submitted,

                                                **Menachem White, Esq.**

                                                /s/ *Menachem White*
                                                4 Brower Avenue, Suite 3
                                                Woodmere, New York 11598
                                                516-504-4101
                                                Mwhite@wwlgny.com
                                                *Attorneys for Plaintiff*