# EXHIBIT D

At the Family Court of the State of New York, held in and for the County of Rockland, One South Main Street, New City, New York 10956, on the 21 day of November, 20 23

PRESENT: **HON.**
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

JACOB FELBERBAUM,
        Petitioner

-against-

PERL FELBERBAUM,
       Respondent.

**File No.:** 42103
**Docket No.:** V-03568-23; V-03569-23

**ORDER TO SHOW CAUSE**
**EMERGENCY IMMEDIATE RELIEF REQUESTED**

JUDGE ASSIGNED:
HON. RACHEL E. TANGUAY, J.F.C., A.J.S.C.

Upon reading the annexed affirmation of JACOB FELBERBAUM, Petitioner herein duly affirmed on the 17th day of November, 2023, the annexed 202.7 Emergency Affirmation of Rachel Ciccone, Esq. of Kommer, Bave & Ciccone, LLP dated November 17, 2023, the exhibits annexed, hereto, together with all of the papers and proceedings heretofore had filed herein,

LET, Respondent, PERL FELBERBAUM, or her attorneys, show cause before this Court at the Courthouse located at One South Main Street, New City, New York on the 28th day of November, 2023, at 9:30 o'clock am/~~pm~~, or as soon thereafter as counsel can be heard, why an Order should not be made and entered as follows:

1. Granting temporary sole legal and physical custody of the parties' two children (1) Blima Felberbaum, born May 1, 2014 and (2) Moshe Felberbaum born November 9, 2015; and

2. Granting the Petitioner such other relief as this Court may deem just and proper.

**SUFFICIENT REASON APPEARING THEREFOR**, it is

~~ORDERED, that pending the hearing and determination of this application, Petitioner shall have temporary sole legal and primary custody of the Children; and~~

**ORDERED,** that service of the Order to Show Cause together with the papers upon which it is granted, ___Personal Service___ upon Respondent, on or before ___November 24___, 2023; and it is further

**ORDERED,** that ~~answering papers, if any, served on Petitioner's counsel, and filed with the Court via NYSCEF on or before _____, 2023; and~~ the Legal Aid Society of Rockland County is assigned to represent the children Blime Felberbaum: DOB 05/01/2014 and Moshe Felberbaum DOB: 11/09/2015 it is further

**ORDERED,** that all parties and counsel are required to appear on the return date of this motion. *

Dated: November 21, 2023

New City, New York

Enter:

_____
HON. RACHEL E. TANGUAY, J.F.C, A.J.S.C.

\* ORDERED that pending the hearing and determination of this application, the Children are not to be relocated outside of Rockland County, New York and neither party shall discuss the litigation or the issues in the litigation with the subject children; and it is further

ORDERED that pending the hearing and determination of this application, Petitioner is granted temporary legal custody of the children for the limited purpose of enrolling them in school in New York and Respondent is directed to refrain from contacting the children's school or harassing school staff/personnel directly or through third parties.

2 of 47