UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

                Petitioner,

-against-

YAAKOV FELBERBAUM,

                Respondent.

**ORDER**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

On August 11, 2025, Respondent filed a motion for protective order to limit Respondent's production of certain information related to the children's school, medical treatment, and residence to Petitioner through discovery. (Doc. 82). Pursuant to Local Civil Rule 6.1(a), opposing papers were due by August 18, 2025. Petitioner has not filed any opposition to date.

On August 15, 2025, Respondent filed his proposed Findings of Fact and Conclusions of Law. (Doc. 84). Pursuant to this Court's Individual Practices Rule 6(C)(iii), opposition to proposed findings of fact and conclusions of law, by placing the opposing finding of fact or conclusion of law immediately below the fact or conclusion to which there is objection, must be filed within one week of the filing of the proposed findings of fact and conclusions of law. Petitioner has not filed any opposition to date.

Petitioner has until September 5, 2025 to file any opposition to the filings referred to herein. In the event Petitioner fails to file opposition by September 5, 2025, the Court will deem the motion for protective order and proposed findings of fact and conclusions of law fully submitted and unopposed.

**SO ORDERED:**

Dated: White Plains, New York
       August 26, 2025

_____
PHILIP M. HALPERN
United States District Judge