UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

                    Petitioner,

         -against-

YAAKOV FELBERBAUM,

                  Respondent.

**<u>ORDER</u>**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 26, 2025, the Court extended the deadline for the parties to submit pretrial materials as required by the Court's Individual Practices Rules 6(A), (B), and (D), to August 15, 2025. (Doc. 79). The Court warned that there will be no further extensions or adjournments of these deadlines. (*Id*.). The parties, on August 15, 2025, filed a proposed joint Pretrial Order (Doc. 83), and Respondent's Proposed Findings of Fact and Conclusions of Law (Doc. 84). Pursuant to this Court's Individual Practices Rule 6(C)(iii), opposition to proposed findings of fact and conclusions of law, by placing the opposing finding of fact or conclusion of law immediately below the fact or conclusion to which there is objection, must be filed within one week of the filing of the proposed findings of fact and conclusions of law. Petitioner did not file any timely opposition. Accordingly, on August 26, 2025, the Court issued an order *sua sponte* extending Petitioner's time to file opposition to, *inter alia*, the Proposed Findings of Fact and Conclusions of Law. (Doc. 85).

On September 4, 2025, almost three weeks after the deadline passed, Petitioner filed her purported Proposed Findings of Fact and Conclusions of Law. (Doc. 86). This belated filing was not authorized by the Court and therefore shall be stricken from the record.

Accordingly, the Court respectfully directs the Clerk of Court to strike Petitioner's Proposed Findings of Fact and Conclusions of Law filed on September 4, 2025 (Doc. 86) from the docket but retain the summary docket text for the record.

As clearly set forth in the Court's August 26, 2025 order (Doc. 85), Petitioner has until September 5, 2025 to file any opposition to Respondent's motion for a protective order and Proposed Findings of Fact and Conclusions of Law in strict accordance with the Court's Individual Practices. In the event Petitioner does not comply with these orders, the filings will be deemed fully submitted and unopposed.

**SO ORDERED:**

Dated:    White Plains, New York
            September 5, 2025

_____
PHILIP M. HALPERN
United States District Judge

2