UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In the Matter of B.F. and M.F., ) | |
| ) | |
| P.F. ) | |
| ) | Case No. 7:24-cv-2333 (PMH) (VR) |
| Petitioner, ) | |
| ) | |
| vs. ) | **NOTICE OF APPEARANCE** |
| ) | |
| Y.F. ) | |
| ) | |
| Respondent. ) | |

_____)

**PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as additional counsel for the Petitioner in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated:  Jamaica, New York
         September 22, 2025

                                        Respectfully submitted,

                                        **SAGE LEGAL LLC**
                                        By:  */s/ Emanuel Kataev, Esq.*
                                        Emanuel Kataev, Esq.
                                        18211 Jamaica Avenue
                                        Jamaica, NY 11423-2327
                                        (718) 412-2421 (office)
                                        (917) 807-7819 (cellular)
                                        (718) 489-4155 (facsimile)
                                        emanuel@sagelegal.nyc

                                        *Additional Attorneys for Petitioner*

**VIA ECF**
All counsel of record

1