# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

September 24, 2025

<u>**VIA ECF**</u>
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Philip Morgan Halpern, U.S.D.J.
300 Quarropas Street
White Plains, NY 10601-4150

      *Re:*    <u>**In the Matter of B.F. and M.F., P.F. v. Y.F.**</u>
              <u>**Case No.: 7:24-cv-2333 (PMH) (VR)**</u>

Dear Judge Halpern:

      This firm represents the Petitioner P.F. (the "Petitioner") in the above-referenced case. Petitioner submits this joint letter motion pursuant to Rule 43(a) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), to respectfully request that the Petitioner Perl Felberbaum, Dr. Yael Ratner, Dr. Harry Szatchel, and Dr. Paul Stoltzfus appear remotely at the trial in the above-referenced matter scheduled for October 27 and 28, 2025 (ECF No. 89). . The reason for this request is because Petitioner resides out of the country in the State of Israel, Dr. Yael Ratner and Dr. Paul Stoltzfus reside out of the State of New York, and Dr. Szatchtel requests to testify remotely.

      Respondent is of modest means. Dr. Stotlzfus resides in Oregon and it would be costly for Respondent to cover the cost of flights, lodging, and trial time for the thirty (30) minutes of testimony scheduled. Dr. Szachtel is also scheduled for only thirty (30) minutes of testimony and it would be more cost efficient for him to testify remotely.

      On September 17, 2025, this Court issued an Order directing the parties to file, if any, applications requesting permission for witnesses to appear remotely at trial in this matter pursuant to Rule 43 of the Federal Rules of Civil Procedure by September 24, 2025 (ECF No. 89). Responses to such motions are due by October 1, 2025. *Id.* On September 22, 2025, the parties met and conferred. Petitioner's counsel inquired whether Respondent's counsel had any objections to jointly requesting the Court's permission for certain witnesses to appear virtually at the evidentiary hearing, should they be unable to attend in person. Respondent's counsel consented and annexed hereto as **Exhibit A** is a proposed stipulated order for the Court's consideration.

      The parties respectfully request this Court for an order pursuant to Fed. R. Civ. P. 43(a) permitting these witnesses to testify by contemporaneous transmission through videoconferencing: Petitioner Perl Felberbaum, Dr. Yael Ratner, Dr. Harry Szatchel, and Dr. Paul Stoltzfus. The arrangements for contemporaneous transmission of open court testimony will be timely coordinated through the Court's courtroom support personnel and among counsel. Rule 43 provides that, for good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location. *See* Fed. R. Civ. P. 43(a).

Based on Petitioner's inability to attend the trial in person due to her being out of the country, the financial hardship it would impose on her to travel to the United States to attend the trial, and the availability of technology permitting the contemporaneous transmission of Petitioner's testimony via video, Petitioner respectfully submits that good cause exists for permitting Petitioner to testify remotely.  Respondent consents to this request.

Similarly, based on the cost and expense involved in paying the parties' experts to travel to attend a trial in person, and the availability of technology permitting the contemporaneous transmission of their respective testimony via video, the parties respectfully submit that good cause exists for permitting the experts to testify remotely.

There has been a growing acceptance and use of video testimony following the COVID-19 pandemic, as well as more generally prior to the pandemic. *See House v. Players' Dugout, Inc.*, 2021 WL 4898071, at *13–14 (W.D. Ky. Oct. 20, 2021); *In re Vioxx Prod. Liab. Litig.*, 439 F. Supp. 2d 640, 642 (E.D. La. 2006) ("the Court notes that there has been an increasing trend by federal courts allowing and by legal commentators advocating for the use of contemporaneous transmission of trial testimony").

Permitting witnesses to testify remotely by video transmission is consistent with the Hague Convention text and policy. *See, e.g., Alcala v. Hernandez*, 2015 WL 1893291, at *1 (D.S.C. Apr. 27, 2015), aff'd, 826 F.3d 161 (4th Cir. 2016) ("Because of this directive, Courts have adopted flexible procedural safeguards to ensure that cases are handled expeditiously, including allowing remote testimony").

Based on these reasons, there is good cause for this Court  to permit the witnesses listed herein appear remotely. *See, e.g., Willis Re Inc. v. Herriott*, No. 21-CIV.-487 (JMF), 2021 WL 1346050, at *1 (S.D.N.Y. Apr. 12, 2021) ("the pandemic provides good cause in compelling circumstances to allow this trial to be conducted remotely (from locations other than the courtroom) through the use of telephonic and videoconferencing solutions"); *see also Alcala,* 2015 WL 1893291, at *2 (recognizing that Rule 43(a) has been used to permit remote video testimony where there is an impact of travel on the witness).

For the foregoing reasons, the parties' joint letter motion to permit Petitioner Perl Felberbaum, Doctor Yael Ratner, Dr. Harry Szatchel, and Dr. Paul Stoltzfus.  to appear remotely should be granted.

The parties thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
       September 24, 2025                  Respectfully submitted,

                                      **SAGE LEGAL LLC**

                                      */s/ Emanuel Kataev, Esq.*
                                      Emanuel Kataev, Esq.
                                      18211 Jamaica Avenue
                                      Jamaica, NY 11423-2327
                                      (718) 412-2421 (office)
                                      (917) 807-7819 (cellular)
                                      (718) 489-4155 (facsimile)
                                      emanuel@sagelegal.nyc

                                      *Attorneys for Petitioner*

**VIA ECF**
All counsel of record