**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
_____
In the Matter of B.F. and M.F.,         )
                                        )
P.F.                                    )      No. 7:24-cv-2333 (PMH) (VR)
                                        )
            Petitioner,                 )
                                        )      STIPULATION
vs.                                     )      FOR REMOTE TESTIMONY
                                        )
Y.F.                                    )
                                        )
            Respondent.                 )
_____ )
```

  Before the Court is the Verified Petition for the Return of the Children to Israel (the "Petition") filed by the Petitioner, Perl Felberbaum (the "Petitioner"), against the Respondent, Yakov Felberbaum (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA") (ECF No. 1). Trial in this matter is scheduled for October 27 and 28, 2025 (ECF No. 89). The Petitioner is currently residing in Israel and is unable to attend the evidentiary hearing in person for the above-captioned case as it would cause an undue hardship. Requiring the in-person appearance of Doctor Yael Ratner, Dr. Harry Szatchel, and Dr. Paul Stoltzfus for purposes of cross-examination only would result in substantial expense. Upon the consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

  1. **ORDERED,** that the Petitioner can appear virtually at trial in this matter through a video conferencing system selected by the Court; and it is further

  2. **ORDERED,** that Doctor Yael Ratner, Dr. Harry Szatchel, and Dr. Paul Stoltzfus can appear virtually at trial in this matter through a video conferencing system selected by the Court.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2025.

                                                   BY THE COURT:

                                                   _____
                                                   Hon. Philip M. Halpern
                                                   United States District Judge

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

| | |
|---|---|
| By: /s/ Emanuel Kataev, Esq. | By: /s/ Michael Banuchis |
| Emanuel Kataev, Esq. | Richard Min |
| Sage Legal LLC | Michael Banuchis |
| 18211 Jamaica Avenue | Green Kaminer Min & Rockmore LLP |
| Jamaica, NY 114232327 | 420 Lexington Avenue, Suite 2821 |
| (718) 412-2421 (office) | New York, New York 10170 |
| 718-489-4155 (facsimile) | Telephone: 212-681-6400 |
| emanuel@sagelegal.nyc | Facsimile: 212-681-6999 |
| | Email: rmin@gkmrlaw.com; |
| | MBanuchis@gkmrlaw.com |
| *Attorneys for Petitioner* | *Attorneys for Respondent* |
| Perl Felberbaum | Yakov Felberbaum |