THE WHITE LAW GROUP, PLLC
4 Brower Avenue, Suite 3
Woodmere, New York 11598
Phone (516) 504-4101

**VIA ECF**

United States District Court
Southern District of New York
<u>Attn</u>: Hon. Philip Morgan Halpern, U.S.D.J.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> Application granted. The pretrial conference is adjourned to October 20, 2025 at 2:30 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 29, 2025

    *Re*:    <u>**Felberbaum v. Felberbaum**</u>
           <u>**Case No.: 24-CV-02333 (PMH)**</u>

Dear Judge Halpern:

    This firm represents the Petitioner P.F. (the "Petitioner") in the above-referenced case. Petitioner respectfully submits this letter motion in accordance with ¶ 1(C) of this Court's Individual Motion Practices and Rules (hereinafter the "Individual Rules") to respectfully request that the Pretrial Conference currently scheduled for Wednesday October 15, 2025 at 2:30pm, be adjourned.

    This adjournment is requested based on your undersigned's observance, my co-counsel and the Petitioner's observance of the Jewish holiday of Succot on that date.

    Upon information and belief, and speaking with counsel for the Respondent, it is believed that no previous adjournment requests have been made in this case.

    It is believed that the trial date shouldn't be affected in this case based on this adjournment request.

    Based on the foregoing, Petitioner respectfully submits that sufficient good cause and excusable neglect exists for this Court to exercise its discretion in favor of granting the requested adjounrment. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

    I requested consent of counsel for the father but counsel could not consent to this request without speaking to their client first.

Petitioner thank this honorable Court for its time and attention to this case.

Dated:  Woodmere, New York
September 26, 2025

Respectfully submitted,

**WHITE LAW GROUP, PLLC**

By:  */s/ Menachem White, Esq.*
Menachem White, Esq.
4 Brower Avenue, Suite 3
Woodmere, New York 11598
(516) 504-4101 (office)
(347) 628-5440 (cellular)
Mwhite@wwlgny.com

*Attorneys for Petitioner*

**VIA ECF**
All counsel of record