UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
In the Matter of B.F. and M.F.,            )
                                           )
       P.F.                                )     No. 7:24-cv-02333-PMH
                                           )
            Petitioner,                   )
                                           )
vs.                                        )
                                           )
       Y.F.                                )
                                           )
            Respondent.                   )
_____)

## RESPONDENT'S MOTION SEEKING AN *IN CAMERA* INTERVIEW OF THE SUBJECT CHILDREN

Respondent, Yakov Felberbaum, by and through counsel, respectfully submits this Motion, for the reasons set forth in the accompanying Memorandum of law, respectfully requesting that the Court enter an Order directing that the subject Children be produced so they can be interviewed by this Court *in camera,* at a date and time convenient to the Court and in consideration of the Children's schedules and Rabbi Unger's schedule.

Dated: October 1, 2025
       New York, New York

                                    /s/ Michael Banuchis
                                    Michael Banuchis, Esq.
                                    Green Kaminer Min & Rockmore LLP
                                    420 Lexington Avenue, Suite 2821
                                    New York, New York 10170
                                    Telephone: 212-681-6400
                                    Facsimile: 212-681-6999
                                    Email: mbanuchis@gkmrlaw.com

                                    *ATTORNEYS FOR RESPONDENT*
                                    *YAAKOV FELBERBAUM*

cc:     All counsel of record (by ECF)