UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
In the Matter of B.F. and M.F.,                )
                                               )
P.F.                                           )
                                               )   No. 7:24-cv-2333 (PMH) (VR)
                    Petitioner,                )
                                               )
vs.                                            )   **AMENDED**
                                               )   **JOINT PRETRIAL ORDER**
                                               )
Y.F.                                           )
                                               )
                    Respondent.                )
_____            )

The parties having conferred among themselves and with the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), the following statements, directions, and agreements are adopted as the Pretrial Order herein.

**I.    Full Caption**

U.S. District Court, Southern District of New York (White Plains)

CIVIL DOCKET FOR CASE #: 7:24-cv-02333-PMH

*Felberbaum v. Felberbaum*

Assigned to: Judge Philip M. Halpern

Referred to: Magistrate Judge Victoria Reznik (Settlement)

Cause: 28:1738Acs The Uniform Child Custody Jurisdiction Act

Date Filed: 03/27/2024

Jury Demand: None

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: Federal Question

Petitioner: Perl Felberbaum ("P.F.")

Respondent: Yaakov Felberbaum ("Y.F.")

1

## II. Trial Days Needed for Case in Chief

The parties anticipate that they will need one (1) full day in total to put on their cases in chief, pursuant to the timing that the Court has allotted for each witness at the Pretrial Conference before Your Honor held on September 17, 2025, at 2:30 p.m.

## III. Parties and Counsel

For Petitioner:

Menachem Mendel White, Esq.
White Law Group
Woodmere
4 Brower Avenue
Suite 3
Woodmere, NY 11598
347-628-5440
Email: mwhite@wwlgny.com

Emanuel Kataev, Esq.
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
718-412-2421
Fax: 718-489-4155
Email: emanuel@sagelegal.nyc

For Respondent:

Richard Min, Esq.,
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, NY 10170
Tele.: (212) 681-6400
Email: rmin@gkmrlaw.com.

Michael Banuchis, Esq.
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: 212-681-6400
Facsimile: 212-681-6999
Email: mbanuchis@gkmrlaw.com

Camilla Redmond Costa, Esq.
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, NY 10170
Tele.: (212) 681-6400
Email: credmond@gkmrlaw.com

### IV. Statement of Jurisdiction

United States District Court, Southern District of New York has jurisdiction pursuant to 22 U.S.C. § 9003(a) (jurisdiction under the Hague Convention) and 28 U.S.C. § 1331 (federal question jurisdiction).

### V. Petitioner's Claims

1. Children are citizens of Israel.

2. The habitual residence of the children is the State of Israel.

3. Prior to Respondent's wrongful retention of the children within the State of New York, the Children habitually resided with their mother, Petitioner P.F., in Bnei Brak, Israel.

4. Children should be returned to Israel pursuant to 22 U.S.C.A. §§ 9001 et seq., and New York's Uniform Child Custody Jurisdiction and Enforcement Act ("UCCJEA"), DRL §§ 75(d), 77 et seq.

5. Children's mind set should be ignored as they have been with the kidnapping parent for a long period of time and their beliefs can't be seen as independent.

### Respondent's Affirmative Defenses

6. The Petition fails to state a claim upon which relief can be granted, as the subject Children's habitual residence was the United States at the time of the alleged wrongful retention.

7. The Petition should be dismissed pursuant to Art. 13(b) of the Hague Convention because there is a grave risk that the Children will suffer emotional, physical, or psychological

3

harm, or otherwise be placed in an intolerable situation, if returned to Israel, due to the abuse they suffered by the Petitioner and due to the ongoing war and political turmoil in Israel.

    8. The Petition should be dismissed because, pursuant to Article 13 of the Hague Convention, the Children have reached a sufficient age and degree of maturity for their views to be considered, and they have particularized objections to returning to Israel. Both Children have expressed a desire to remain in New York.

## VI. Jury or Bench Trial

The above-referenced case is to be tried without a jury and is scheduled for two (2) trial days, October 27 and 28, 2025. At this time, the parties do not believe that more than one (1) full day will be required for trial in this matter.

## VII. Consent to Trial by a Magistrate Judge

Both parties have not consented to trial of the case by a Magistrate Judge.

## VIII. Stipulations

Please also refer to the parties' Joint Stipulation, filed on October 3, 2025 (ECF No. 98)

## IX. Petitioner's Proposed Witnesses

    1.    <u>Petitioner, P.F.</u>: P.F. will testify to the facts set forth in her Verified Petition for Return of the Children to Israel (ECF No. 10) and all facts and statements made in Respondent's Answer (ECF No. 57). Petitioner's cross-examination is expected to last approximately one (1) hour.

    2.    <u>Miriam Gross</u>: Longtime friend of Petitioner. She will testify about the abuse by Respondent against the Petitioner and the close relationship between the mother and the children. She will also testify about the Parties moving to Israel and the Respondent's unilateral decision to move to United States. Gross' cross-examination is expected to last approximately 30 minutes.

    3.    <u>Doctor Yael Ratner:</u> Petitioner's expert. The subject matter of the expert testimony of this witness will be about Petitioner not being mentally ill, not being a danger to herself or others et al. Dr. Ratner cross-examination is expected to last approximately one (1) hour.

**Respondent's Proposed Witnesses**

    4.    <u>Respondent, Y.F.:</u> Y.F. will testify with regard to all facts set forth in his Answer (ECF No. 57) to Petitioner's Verified Petition for Return of the Children to Israel (ECF No. 10) and to all facts set forth in his direct testimony affidavit. Y.F.'s cross-examination is expected to last approximately one (1) hour.

    5.    <u>Dr. Harry Szachtel:</u> Dr. Szachtel is designated as a fact witness for the Respondent. He is expected to testify with regard to all opinions set forth in his direct testimony affidavit. Dr. Szachtel's cross-examination is expected to last approximately 30 minutes.

    6.    <u>Dr. Paul Stoltzfus:</u> Dr. Stoltzfus is designated as an expert witness for the Respondent. He is expected to offer testimony regarding the existence of a grave risk of harm to the Children should they be returned to Israel. He will also provide his expert opinion concerning the Children's level of maturity and whether their expressed objections to return should be taken into account by the trier of fact. Dr. Stoltzfus' cross-examination is expected to last approximately 30 minutes.

**X.    Deposition Testimony**

There are no depositions in this matter.

**XI.    Proposed Joint Exhibit List**

| Exhibit | Description | Bates # | Basis for Admission | Objection |
|---|---|---|---|---|
| **Petitioner's Proposed Exhibits** | | | | |
| 1 | Amended Petition of Petitioner | | ECF No. 89 | Stipulated. |
| 2 | Verified Answer | | ECF No. 89 | Stipulated. |

| | | | | |
|---|---|---|---|---|
| 3 | Marked Pleading | | ECF No. 89 | Stipulated. |
| 4 | Marriage Certificate of parties | | | Stipulated. |
| 5 | Hague Convention Application | | | Stipulated to the extent it is used for the date of filing and not for the truth of the matter as. |
| 6 | CV of Expert | | | Subject to the Expert Testimony Rules in FRE 702, 703 and 705. |
| **Respondent's Proposed Exhibits** | | | | |
| A | Respondent U.S. Passport | YF000001 | | Stipulated. |
| B | Petitioner U.S. Certification of Naturalization, dated December 7, 2018 | YF000002 | | Stipulated. |
| C | B.F. U.S. Passport | YF000003 | | Stipulated. |
| D | M.F. U.S. Passport | YF000004 | | Stipulated. |
| E | Children's U.S. Birth Certificates | YF000005-YF000006 | | Stipulated. |
| F | Children's New York State ID Cards | YF000007 | | Stipulated. |
| G | Parties' New York State Drivers License | YF000008 | | Stipulated. |
| H | Screenshot of Respondent's Travel Restriction to Israel, dated April 29, 2024 | YF000009-YF000011 | | Stipulated. |
| I | M.F. Alley Valley Crisis Plan, dated October 10, 2024 | YF000012-YF000014 | Offered for the purpose of showing that the children received mental health treatment and Respondent received a PTSD diagnosis for the children; relevant to grave risk | FRE 402, 702, 703, 802, 901 |

|   |   |   |   |   |
|---|---|---|---|---|
| J | B.F. Alley Valley Crisis Plan, dated October 10, 2024 | YF000015-YF000016 | Offered for the purpose of showing that the children received mental health treatment and Respondent received a PTSD diagnosis for the children; relevant to grave risk | FRE 402, 702, 703, 802, 901 |
| K | B.F. Alley Valley Crisis Plan, dated April 10, 2025 | YF000017-YF000018 | Offered for the purpose of showing that the children received mental health treatment and Respondent received a PTSD diagnosis for the children; relevant to grave risk | FRE 402, 702, 703, 802, 901 |
| L | B.F. Dentist Referral for Therapy, dated June 7, 2024 | YF000019 | Offered for the purpose of showing B.F. received a referral for therapy; relevant to grave risk | FRE 402, 702, 703, 802, 901 |
| M | M.F. Dentist Referral for Therapy, dated June 7, 2024 | YF000020 | Offered for the purpose of showing M.F. received a referral for therapy |   |
| N | Letter from National Insurance re Petitioner's Medical Diagnosis, dated June 12, 2023 | YF000021 | Potential impeachment evidence; relevant to grave risk | FRE 402, 702, 703, 802, 901 |
| O | Letter from Petitioner re Seeking Psychological Help, dated October 12, 2023 | YF000022 | Potential impeachment evidence; relevant to grave risk | FRE 402, 703, 802, 901 |

| | | | | |
|---|---|---|---|---|
| P | Police Report in Spring Valley, dated December 15, 2024 | YF000023-YF000024 | Offered for the purpose of showing the police were called on Petitioner; relevant to grave risk | FRE 401, 402, 403, 404, 405, 602, 802 |
| Q | Letter re Petitioner's First Son, dated July 5, 2022 | YF000025-YF000027 | Cross/impeachment material | FRE 802 |
| R | Mental Evaluation for Petitioner's First Son, dated July 7, 2022 | YF000028-YF000040 | Cross/impeachment material | FRE 402, 702, 703, 802, 901 |
| S | Letter re Petitioner's First Son, dated September 20, 2022 | YF000041-YF000043 | Cross/impeachment material | FRE 802 |
| T | Mechon L'Hoyroa Arbitration Agreement, dated May 24, 2020 | YF000044-YF000045 | Contract signed by the parties | FRE 802 |
| U | Letter from Rabbinical Court | YF000046-YF000048 | Court summons, not being offered for the truth of any fact asserted | FRE 802 |
| V | Pre Divorce Summons | YF000049-YF000051 | Relevant to habitual residence | FRE 401 |
| W | Decision in Israeli Divorce Proceedings, dated December 29, 2024 | YF000052-YF000065 | Offered to show that the parties are divorced | FRE 802 |
| X | Collage of Photos of Children's Life in Israel | YF000066-YF000067 | | Stipulated. |
| Y | Collage of Photos of Children's Life in United States | YF000068-YF000070 | | Stipulated. |
| Z | Lease Agreement in Monsey, dated July 1, 2018 to June 30, 2020 | YF000071 | | Stipulated. |
| AA | Lease Agreement in Monsey, dated August 1, 2020 to July 31, 2022 | YF000072 | Contract signed by Respondent is admissible | FRE 802 |
| BB | Petitioner's Debtors' Statement, dated January 2023 | YF000073 | Offered to show that the parties filed for bankruptcy in New York | FRE 802 |
| CC | Discharge of Debtor and Order of Final Decree, dated February 17, 2023 | YF000074-YF000076 | The Court can take judicial notice of a court order; public | FRE 802 |

| | | | record; potential cross material | |
|---|---|---|---|---|
| DD | Petitioner's Response to Respondent's RFA, dated June 4, 2025 | YF000077-YF000079 | | Stipulated. |
| EE | Petitioner's Response to Respondent's RFP, dated June 11, 2025 | YF000080-YF000088 | | Stipulated. |
| FF | Petitioner's Response to Respondent's Interrogatory Demands, dated June 11, 2025 | YF000089-YF000092 | | Stipulated. |
| GG1 | Video of B.F. Crying | | Respondent can authenticate | FRE 402, 802, 901 |
| GG2 | Translation of Video of B.F. Crying | YF000093-YF000094 | Respondent can authenticate | FRE 901 |
| HH1 | Video of Family Arguing in Israel | | | |
| HH2 | Translation of Video of Family Arguing in Israel | YF000095-YF000098 | Respondent can authenticate | FRE 901 |
| II | Hebrew Agreement | YF000099-YF000100 | Respondent can authenticate | FRE 901 |
| JJ | Emails from Respondent to Israeli CPS, dated March 3 and 15, 2023 | YF000101-YF000102 | Offered to show that Respondent emailed Israeli CPS | FRE 802 |
| KK | Respondent's Renewed NY Driver's License | YF000103 | | |

### XII.  Statement of Relief Sought

Petitioner is respectfully seeking an Order following the evidentiary hearing directing that the subject Children be returned to Israel and allow the Israeli courts to decide this case.

Respondent is respectfully requesting that the Petition be denied, enabling the Children to remain in New York and to have the New York Family Court determine any issues related to custody.

### XIII.  Consent to Less Than Unanimous Verdict

The Parties herein do not consent to a less than unanimous verdict.

Dated: October 3, 2025
      New York, New York

<table>
<tr><td>

By: /s/ Richard Min  
Richard Min  
Michael Banuchis  
Camilla Redmond Costa  
Green Kaminer Min & Rockmore LLP  
420 Lexington Avenue, Suite 2821  
New York, New York 10170  
Telephone: 212-681-6400  
Facsimile: 212-681-6999  
Email: rmin@gkmrlaw.com  

*Attorneys for Respondent*  
Y.F.

</td><td>

By: /s/Menachem White  
Menachem White  
Emanuel Kataev  
The White Law Group PLLC  
4 Brower Avenue, Suite 3  
Woodmere, New York 11598  
Telephone: 516-504-4101  
Email: mwhite@wwlgny.com  


*Attorneys for Petitioner*  
P.F.

</td></tr>
</table>