UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
In the Matter of B.F. and M.F.,              )
                                             )
      P.F.                                  )  No. 7:24-cv-02333-PMH
                                             )
            Petitioner,                      )
                                             )
vs.                                          )
                                             )
      Y.F.                                  )
                                             )
            Respondent.                      )
_____)

## RESPONDENT'S MOTION SEEKING AN *IN CAMERA* INTERVIEW OF THE SUBJECT CHILDREN

Respondent, Yakov Felberbaum, by and through counsel, respectfully submits this Motion, for the reasons set forth in the accompanying Memorandum of law, respectfully requesting that the Court enter an Order directing that the subject Children be produced so they can be interviewed by this Court *in camera,* at a date and time convenient to the Court and in consideration of the Children's schedules and Rabbi Unger's schedule.

Dated: October 1, 2025
     New York, New York

---

Petitioner is directed to file a response to this motion by noon on October 10, 2025.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        October 3, 2025

---

/s/ Michael Banuchis
Michael Banuchis, Esq.
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: 212-681-6400
Facsimile: 212-681-6999
Email: mbanuchis@gkmrlaw.com

*ATTORNEYS FOR RESPONDENT
YAAKOV FELBERBAUM*

cc:    All counsel of record (by ECF)

1