THE WHITE LAW GROUP, PLLC
4 Brower Avenue, Suite 3
Woodmere, New York 11598
Phone (516) 504-4101

October 7, 2025

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Philip Morgan Halpern, U.S.D.J.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    *Re:*   **Felberbaum v. Felberbaum**
          **<u>Case No.: 24-CV-02333 (PMH)</u>**

Dear Judge Halpern:

This firm represents the Petitioner P.F. (the "Petitioner") in the above-referenced case. Petitioner respectfully submits this letter motion in accordance with ¶ 1(C) of this Court's Individual Motion Practices and Rules (hereinafter the "Individual Rules") to respectfully request that the Affidavits due on October 3, 2025 be extended to October 10, 2025.

This adjournment is requested based on Mr. White's having been ill for approximately three (3) days from October 3, 2025 until today, October 6, 2025. Today is Succot eve and Mr. White's office is unable to reach the Petitioner or my other witnesses due to the Holiday starting in Israel already. Mr. White is further out of the office until Friday, October 9, 2025 due to the Succot holiday.  While Mr. White's co-counsel does not formally observe the holiday, only Mr. White may finalize the declarations containing the Petitioner's, witness, and expert witness declarations as Mr. White is competent and familiar with Hague Convention claims.     There has been no prior request for an extension of time of this deadline.  It is believed that the trial date should not be affected in this case based on this adjournment request. Defendant does not consent to this request for an extension of time.

Based on the foregoing, Petitioner respectfully submits that sufficient good cause and excusable neglect exists for this Court to exercise its discretion in favor of granting the requested adjournment.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

Petitioner thanks this honorable Court for its continued time and attention to this case.

Dated:  Woodmere, New York
          October 7, 2025

Respectfully submitted,

**WHITE LAW GROUP, PLLC**

By:  _/s/ Emanuel Kataev, Esq._
Emanuel Kataev, Esq. (of counsel)
4 Brower Avenue, Suite 3
Woodmere, New York 11598
(516) 504-4101 (office)
(347) 628-5440 (cellular)
mwhite@wwlgny.com
emanuel@sagelegal.nyc

_Attorneys for Petitioner_

**VIA ECF**
All counsel of record