# Green Kaminer Min & Rockmore LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T. 212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

October 10, 2025

**VIA ECF**

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

     *Re*:   P.F. v. Y.F.
            U.S. District Court, Southern District of New York - Case No. 24-CV-02333 (PMH)

Dear Honorable Judge Halpern:

     On September 17, 2025, this Court issued an order directing the parties to "serve, and provide two courtesy copies to Chambers, the affidavits constituting the direct testimony of each trial witness" by October 3, 2025 (ECF No. 89). This Court also directed the parties to "submit a list of all affiants whom he or she intends to cross-examine at trial" three business days after the submission of said direct testimony affidavits. *Id.*

     In furtherance of our letter requesting a pre-motion conference, filed on October 6, 2025 (ECF No. 101) (hereinafter referred to as "Letter"), Respondent's counsel respectfully submits this letter to notify the Court that Petitioner did not submit a list of witnesses that she intends to cross-examine at the trial in this matter by October 8, 2025, which was the three business day deadline ordered by this Court (ECF No. 89). Respondent respectfully requests a pre-motion conference regarding Petitioner's waiver of her right to cross-examine Respondent's witnesses.

     We thank the Court for its time and consideration of this matter.

                                        Respectfully,

                                        /s/Michael Banuchis
                                        Michael Banuchis
                                        *Attorney for Respondent*

cc: All Counsel (by ECF)