**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
In the Matter of B.F. and M.F.,     )
                             )
        P.F.                )          No. 7:24-cv-02333-PMH
                             )
           Petitioner,   )
                             )
vs.                          )
                             )
        Y.F.                )
                             )
           Respondent.   )
_____)

### RESPONDENT'S MOTION SEEKING AN _IN CAMERA_ INTERVIEW OF THE SUBJECT CHILDREN

       Respondent, Yakov Felberbaum, by and through counsel, respectfully submits this Motion, for the reasons set forth in the accompanying Memorandum of law, respectfully requesting that the Court enter an Order directing that the subject Children be produced so they can be interviewed by this Court _in camera,_ at a date and time convenient to the Court and in consideration of the Children's schedules and Rabbi Unger's schedule.

Dated: October 1, 2025
     New York, New York

---

Application for an in camera interview of the Children is granted. The Court reserves decision on whether to permit Rabbi Unger to be present. By October 17, 2025, the parties shall file a list of proposed questions they request the Court to ask the Children, limited to two double-spaced pages. The failure to submit proposed questions by October 17, 2025 will result in that party waiving the Court's consideration of their questions.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
       October 14, 2025

/s/ Michael Banuchis
Michael Banuchis, Esq.
Green Kaminer Min & Rockmore LLP
420 Lexginer Avenue, Suite 2821
New York, New York 10170
Telephone: 212-681-6400
Facsimile: 212-681-6999
Email: mbanuchis@gkmrlaw.com

_ATTORNEYS FOR RESPONDENT_
_YAAKOV FELBERBAUM_