# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**  
420 Lexington Ave., Ste 2821  
New York, New York 10170  
T.212.681.6400

**Long Island**  
600 Old Country Rd., Ste. 410  
Garden City, New York 11530  
T. 516.858.2115

October 17, 2025

<u>**VIA ECF**</u>

The Hon. Philip M. Halpern  
United States District Court  
Southern District of New York  
300 Quarropas St.  
White Plains, NY 10601-4150

   *Re*: *P.F. v. Y.F.*  
     Case No. 7:24-cv-02333-PMH

Dear Judge Halpern:

  On October 14, 2025, this Court issued an Order granting Respondent's Motion for an *In Camera* Interview of the subject children (ECF No. 105). Pursuant to that Order, this Court directed the parties to submit a list of proposed questions for the Court to ask the children by October 17, 2025. Accordingly, Respondent, through counsel, respectfully submits the following proposed questions for the *in camera* interview of the subject children:

<u>Background and Daily Life in New York</u>

1. Since when are you in New York?
2. What is your daily schedule here? Do you go to school?
3. Do you like school in New York? What do you like the most about school?
4. Do you have friends in New York? What do you like to do with them?
5. Who is your best friend in New York?
6. Do you have any other friends in other cities in the United States?
7. Where do you go for special weekends and holidays here in New York?
8. Do you ever travel to other places out of New York?
9. What do you enjoy the most about living in New York?

<u>Feelings About Israel</u>

10. Did you always live in New York?
11. Do you remember when you lived in Israel?
12. Can you share with me about your life in Israel?
13. Was there anything you did not like or that made you upset in Israel?
14. Is there anything you did like in Israel?

15. Would you be interested to go back to Israel now, how does going back to Israel make you feel?
16. What makes you feel this way?

School Preferences

17. Where do you want to go to school more – New York or Israel?
18. Why do you feel this way?
19. What are the reasons you don't want to go to school in Israel?

Evaluations by Harry Szatchel and Dr. Stoltzfus

20. Have you ever talked to anyone about your feelings besides to your father?
21. Did you go to Shachtell for therapy?
22. Did you speak to a "special doctor"[1]?
23. What did you tell them about your life in Israel?
24. Did you tell them anything that made you feel upset?
25. Did you tell them the truth?
26. Did your feelings change?
27. What would you do if you had to return to Israel?

Relationship with Petitioner

28. How do you feel about your mother?
29. When did you see your mother the last time?
30. How was it?
31. How would you feel if you had the option to go back to live with your mother ?

Respectfully,

/s/Camilla Redmond Costa
Camilla Redmond Costa
*Attorney for Respondent*

cc: All Counsel (by ECF)

---

[1] Respondent notes that the Children refer to Dr. Stoltzfus as a "special doctor."