UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of B.F. and M.F., | No. 7:24-cv-02333-PHM |
| PERL FELBERBAUM | |
| Petitioner, | |
| vs. | |
| YAAKOV FELBERBAUM | |
| Respondent, | |

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: P.F. v. Y.F.
Case No. 7:24-cv-02333-PMH

Dear Judge Halpern:

    Petitioner, through counsel, respectfully submits the following proposed questions for the in camera interview of the subject children, as authorized by this Court's October 14, 2025 Order (ECF No. 105).

    I deeply apologize to the Honorable Court about the late entry due to holidays and technical issues at our office.

    I hope the Honorable Court can still consider these questions in the interest of this matter.

    Below are the questions we request to be asked to the children:

I.   Background and Daily Life in New York (Current Situation)

   1.   Since when are you in New York?

   2.   What is your daily schedule here? Do you go to school?

   3.   Do you like school in New York? What do you like the most about school?

4. Do you have friends in New York? What do you like to do with them?

5. Who is your best friend in New York?

6. Do you have any other friends in other cities in the United States?

7. Where do you go for special weekends and holidays here in New York?

8. Do you ever travel to other places out of New York?

9. What do you enjoy the most about living in New York?

10. What is the most difficult thing about living in New York?

11. What is one thing that New York has given you that you didn't have at all when you were living in Israel?

12. What is the one thing you rely on your new friends in New York for that you didn't need from your friends in Israel?

13. What are you learning in school here that you wish you could teach your old friends in Israel?

## II. Life and Memories in Israel (Habitual Residence)

14. Did you always live in New York?

15. Do you remember when you lived in Israel?

16. Can you share with me about your life in Israel?

17. What is your favorite memory of a school trip or outing you took with your class in Israel?

18. Can you name three teachers or staff members you saw daily at your school in Israel?

19. Describe the funniest thing that happened to you at your school in Israel.

20. Who was your best friend in Israel? What was the last thing you did with them before you left?

21. If I were to visit your old home in Israel, what is the first thing you would show me in your neighborhood?

22. What specific food or drink do you remember most about Friday night dinner in Israel?

23. What kind of support did you have from grandparents, cousins, or aunts/uncles who lived near you in Israel?

24. Did you leave any favorite toys, books, or personal treasures behind in Israel? If so, what?

### III. Roles and Relationship with Parents in Israel

25. What was a typical weekend routine for you and Mom (Perl) when you were in Israel?

26. Who was usually in charge of making sure you had your clothes ready, your homework done, and got to appointments in Israel?

27. What was one special activity you regularly did just with Dad when you lived in Israel?

28. Who did you usually go to in Israel to help you with a difficult homework problem?

29. What is the main language you use when you are trying to solve a difficult problem or think about something complicated?

### IV. Feelings About Israel and Returning

30. Was there anything you did not like or that made you upset in Israel?

31. Is there anything you did like in Israel?

32. Would you be interested to go back to Israel now? How does going back to Israel make you feel?

33. What makes you feel this way?

34. Where do you want to go to school more – New York or Israel?

35. Why do you feel this way?

36. What are the reasons you don't want to go to school in Israel?

### V. Relationship with Mother (Petitioner)

37. How do you feel about your mother?

38. When did you see your mother the last time?

39. How was it?

40. How would you feel if you had the option to go back to live with your mother?

41. What are three positive things you can tell me about your mother?

42. What is one way Mom shows you she loves you, even when she is stressed or having a difficult day?

43. If you were sick or had a bad dream in Israel, who was the first person you would go to for comfort?

44. Who did you go to when you needed a comforting hug in Israel?

45. Can you describe a time when your mother made you feel better after you had been hurt or were upset?

46. What kind of rules did Mom have for you in Israel? Were they fair?

47. When your parents argued in Israel, did Mom ever do anything to make you feel physically unsafe?

48. Did you ever ask a teacher or another adult in Israel for help because you were afraid of your mother?

49. What do you think the judge needs to know about your Mom that he might not already know?

50. Did your father ever say bad things about your mommy?

51. Did your father ever say bad things about your mommy's family? like your grandfather, grandmother etc?

52. Did your father ever say bad things about Israel?

## VI. Evaluators and Authenticity of Statements

53. Have you ever talked to anyone about your feelings besides to your father?

54. Did you go to Shachtell for therapy?

55. Did you speak to a "special doctor"?

56. What did you tell them about your life in Israel?

57. Did you tell them anything that made you feel upset?

58. Did you tell them the truth?

59. Did your feelings change?

60. After you spoke with Dr. Szatchel or Dr. Stoltzfus, how did you feel about what you told them?

61. Did anyone talk to you *after* you spoke to the doctor about what you had said?

## VII. Awareness of the Court Case and Parental Influence

62. When you were getting ready to come to New York, what specific reason did your father give you for the trip?

63. What does Dad say this court case is about? What are his worries?

64. What has your father told you about what might happen to Mom if the judge orders you to stay in New York?

65. If you suddenly decided tomorrow that you wanted to move back to Israel, what do you think Dad's reaction would be?

66. If you felt sad and wanted to talk about missing Israel, who in New York would you talk to first, and what would they say?

67. Did anyone give you help or ideas about the kinds of things the judge would want to hear today?

68. When you and your sibling talk alone, do you ever talk about whether you should say certain things in court?

69. When you talk to your mother, does your father ever ask you later what you talked about?

70. If you were with your father, and your mother called, did you always feel free to talk to her for as long as you wanted?

71. Do you think your parents have been completely honest with you about everything that is happening?

72. How often do you talk to your family in Israel on the phone or video? Who usually helps you make those calls?

73. What is the biggest difference between your family life in Israel and your family life in New York now?

## VIII. Court Outcomes and Future

74. What would you do if you had to return to Israel?

75. How much do you think you understand about this court case and the judge's role?

76. In your own words, what do you think the judge should do to make the best decision for you and your sibling?

77. If you could have a perfect world where both parents were happy, where would you be living and why?

78. If the judge says you must stay in New York, what would your visits with your Mom be like?

79. If the judge says you must go to Israel, what would your visits with your Dad be like?

80. If the judge said you could stay in New York, but Dad had to move back to Israel, would you still want to stay here?

81. How has your relationship with your brother/sister changed since you moved to New York?

82. If you had a problem, would you talk to your sibling about it? What would they say?

83. What do you think your mother worries about most right now?

84. What do you think your father worries about most right now?

85. If you stay in New York, how often do you think you would see your mother, and what would those visits be like?

86. What is one thing you are most looking forward to doing in the next year, no matter where you live?

Respectfully submitted,

*/s/ Menachem White*

Menachem White, Esq.
Petitioner

cc: All counsel