THE WHITE LAW GROUP, PLLC
4 Brower Avenue, Suite 3
Woodmere, New York 11598
Phone (516) 504-4101

October 20, 2025

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Philip Morgan Halpern, U.S.D.J.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      *Re:*   <u>**Felberbaum v. Felberbaum**</u>
              <u>**Case No.: 24-CV-02333 (PMH)**</u>

Dear Judge Halpern:

      This firm represents the Petitioner P.F. (the "Petitioner") in the above-referenced case. Petitioner respectfully submits this letter to provide evidence our office complied with your Order to send the exhibits to counsel for Respondent and this Court.  <u>See</u> attached proof of delivery by FedEx to the Clerk's Office annexed hereto as Exhibit "A."  Petitioner's counsel spoke to staff at the Clerk's Office and they confirmed it was received but do not have it anymore.

      Notwithstanding the foregoing, because this Court is not in receipt of the exhibits, Petitioner will hand deliver two (2) new copies of the binders tomorrow, unless the Court informs Petitioner that the exhibits Petitioner previously sent have been found.  Petitioner thanks this Court for its attention to this case and apologize for the confusion caused.

Dated:  Woodmere, New York
           October 20, 2025                     Respectfully submitted,
                                                **WHITE LAW GROUP, PLLC**

                                                By:   <u>*/s/ Emanuel Kataev, Esq.*</u>
                                                      Emanuel Kataev, Esq. (of counsel)
                                                      4 Brower Avenue, Suite 3
                                                      Woodmere, New York 11598
                                                      (516) 504-4101 (office)
                                                      (347) 628-5440 (cellular)
                                                      mwhite@wwlgny.com
                                                      emanuel@sagelegal.nyc

                                                     *Attorneys for Petitioner*

**VIA ECF**
All counsel of record