October 20, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 884490941167

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | M.Mike | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | WHITE PLAINS, NY, |
| | | **Delivery date:** | Sep 19, 2025 10:16 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 884490941167 | **Ship Date:** | Sep 18, 2025 |
| | | **Weight:** | 4.0 LB/1.82 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| WHITE PLAINS, NY, US, | WOODMERE, NY, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx