UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

                Petitioner,

-against-

YAAKOV FELBERBAUM,

                Respondent.

**ORDER**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared for a final pre-trial conference today. For the reasons stated on the record, the Court denied Petitioner's request to preclude Respondent's expert at trial (Doc. 95), without prejudice to raising appropriate objection at trial under the Federal Rules of Evidence or *Daubert*. The Court denied without prejudice Respondent's request for leave to move to dismiss under Rule 41(b). (Doc. 101, Doc. 104). As stated on the record, however, the Court will entertain a motion under Rule 16(f) for sanctions and/or attorneys' fees incurred because of noncompliance with prior orders and Petitioner's repeated failures to obey orders that have issued in this case. Petitioner's belated request for an extension to submit direct testimony affidavits is denied as moot. (Doc. 102). Due to Petitioner's failure to submit proposed questions for the Court's *in camera* interview of the children by October 17, 2025, as warned in the Court's prior order (Doc. 105), she has thereby waived the Court's consideration of her questions submitted on October 20, 2025 (Doc. 107). The Court denied Respondent's request for Rabbi Unger to act as a translator for the Court's *in camera* interview of the Children (Doc. 96; Doc. 105), and expects the certified translator present in Court will act as translator for the Children to the extent necessary.

      Petitioner is directed to deliver two courtesy copies of her proposed trial exhibits so as to be received by Chambers by 5:00 p.m. on October 22, 2025.

Petitioner is directed deliver an additional set of her direct testimony affidavits so as to be received by Chambers by 5:00 p.m. on October 22, 2025.

The Court granted Petitioner's request to file proposed findings of fact and conclusions of law by 5:00 p.m. on October 20, 2025, with the caveat that the Court may decline to consider them in light of Petitioner's failure to file when due on August 15, 2025 (and failure to file any timely opposition to Respondent's proposed findings of fact and conclusions of law).

The parties shall appear at **9:30 a.m.** in Courtroom 520 for the trial scheduled to commence on **October 27, 2025.**

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 102).

                                    **SO ORDERED:**

Dated:   White Plains, New York
             October 20, 2025

PHILIP M. HALPERN
United States District Judge