UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In the Matter of B.F. and M.F., | ) | No. 7:24-cv-2333 (PHM) (VR) |
| | ) | |
| PERL FELBERBAUM | ) | |
| | ) | |
| Petitioner, | ) | MOTION TO PRECLUDE |
| | ) | EXPERT REPORT AND |
| vs. | ) | TESTIMONY |
| | ) | |
| YAAKOV FELBERBAUM | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |

     PLEASE TAKE NOTICE THAT upon the annexed Memorandum of Law, Petitioner Perl Felberbaum, by and through her undersigned counsel, will respectfully move this Court at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, Courtroom 520, White Plains, NY 10601, before the Hon. Philip M. Halpern, U.S.D.J., at a time to be decided, for an Order precluding and/or limiting the testimony of Respondent's expert witnesses, Dr. Paul Stoltzfus and Harry Szachtel, under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 152 (1999), and Rules 702, 401, 402, and 403 of the Federal Rules of Evidence.

     **I. Relief Requested**

     Petitioner respectfully requests that this Court enter an Order precluding the expert testimony of Dr. Paul Stoltzfus and Harry Szachtel in its entirety, or, in the alternative, significantly limiting the scope of their testimony. Petitioner further requests a *Daubert* hearing to determine the admissibility of the proffered testimony.

**II. Grounds for the Motion**

The testimony offered by Dr. Paul Stoltzfus and Harry Szachtel is inadmissible because:

1. It fails to satisfy the reliability and relevance requirements of Federal Rule of Evidence 702 and the *Daubert* framework, as the experts' opinions are based on compromised methodology, insufficient data, and are not the product of reliable principles and methods reliably applied to the facts of the case.

2. The testimony is unduly prejudicial, speculative, and would confuse the issues before the Court, rendering it inadmissible under Federal Rules of Evidence 403.

**WHEREFORE**, for the foregoing reasons, Petitioner respectfully requests that the Court grant this Motion and preclude the testimony of Dr. Paul Stoltzfus and Harry Szachtel.

Dated: Woodmere New York
      October 24, 2025

Respectfully submitted,

/s/ Menachem White, Esq

Menachem White, Esq.
The White Law Group
4 Brower Ave Suite 3
Woodmere, New York 11598
(Counsel for Petitioner Perl Felberbaum)