UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PERL FELBERBAUM,

                         Petitioner,                    24 **CIVIL** 2333 (PMH)

   -against-                                 **JUDGMENT**

YAAKOV FELBERBAUM,

                         Respondent.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 1, 2025, Amended Petition is DENIED; accordingly, judgment is entered for the Respondent and the case is closed.

**DATED:** New York, New York
             December 1, 2025

                                          **TAMMI M. HELLWIG**
                                              **Clerk of Court**

                        **BY:** *[signature]*

                                              **Deputy Clerk**